DEFENDANT'S
EXHIBIT
A
PENGAD 800-631-6989

4-5-13
E.V

MY Name is Edward Vernon
I live in the city of Cleveland. My date
of birth is 6.10.62. I testified in
the trails of Ricky Jackson wiley Bridgeman
Ronnie Bridgeman. The testimony i gave
was False. Iam writing this to tell to tell
the truth about what happen that day.
On May 19, 1975 I Rode the school bus
home from school. As the school bus came
up to the Cedar and Fairhill 1 I heard two
gun shots. There was a lot of kids on the
bus, the bus drove across Fairhill and stop.
At the bus stop on cedar. I got off the bus
with what seem Like half the kids on the
bus. We all ran up to the store to see what
happen. When got there it was a man
Laying on the ground I stayed at seen
For a few hours. I saw police Ambulance and tu
Newspeople At the seen. After a while me and
Tommie Hall walk down Petrarca to Frank
When got to Frank and colonial court
he told me he know who did it. He that
Ricky and Buddy and Bitsy had did this
Then after he told me I went back to
the seen, And told a police officer I
Know who did it. When the detives
came to talk to me they thought That
I seen what happen. I was Scared and
intimidated to tell them what happen while
they were at my house. The Police had
some details on the case but i made
the Rest up. On May 25, 19JACKSON.000271

4.5.13
EV

taken down to Police sation to veiw a Line up I didnt Pick anyone out of it becase I didnt seen happen on May 19, 1975. Becase I didnt see what happen I didnt want to testify but I Was told that if i didnt that my mother and Father would be arrested. At 13 yr old I didnt have a choice. I was told by detives not talk to eny one about the case doing the trail and After the trail Detives told me not to talk to any one about case and to contact them if anyone try to talk me about case. Once when I was in tenthe grade and asin was I was 19,0r 20 lawyers came to talk to me about the cases. I told that i didnt want tastiry but I couldnt talk them any because the police told me not to. Both times I call Detive Ter Pay. He told me not talk to the Laywers. I didnt talk to the Laywers. In about 2006 I was working at the city mission when I check in willey Bridge man. He didnt Recosnize me but after that i told my Supervisors who he was, Then I went and introduced my self to him, I told wiley that i was sorry and that he should have not went to Prison and he Forgave me, the Next day wiley ask me if i talk to News Reporter and tv Reporter I said no becase I scared of charges that would be bought up agaist me.

JACKSON 000272



a News Paper Reporter call me and
I Refuse to talk to him about the case.
I was Still Scared about Possible charges
against me. Through out the years this case
has had be Heavy on my emotion, my everything.
I begin to my Current Pastor about the case.
after talking with him and dealing with
heart my emotion becacause I been wanting to
tell the truth about this a Long time he decided
to talk to ~~~~ Innocence Project so that
they could talk to me about the case.
I Felt extreme Pressure From detetivs to describe
a crime I Never Saw. Once I did this I Felt
I had no choiche but continue with this
Lie. I can know Longer Live with this Lie
and this why I Write this affidavit.

I swear or affirm that the contents
of this affidavit are true to the best
of my knowledge.

Edward Vernon

SWORN AND SUBSCRIBED TO
BY _Edward Vernon_ THIS _5ª_
DAY OF _April, 2013_



John W. Lassiter

JOHN W. LASSITER
Notary Public
In and for the State of Ohio
My Commission Expires
October 17, 2015

JACKSON 000273