# COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| **STATE OF OHIO**<br>**Plaintiff,** | : Case No. CR-75-020436-B<br>:<br>: **Judge George J. McMonagle** |
| **-vs-** | : |
| **RICKY JACKSON**<br>**Defendant.** | : |

## AFFIDAVIT OF EDWARD VERNON

I, Edward Vernon, hereby swear or affirm the following to be true and based on my own personal knowledge:

1.  My name is Edward Vernon and I was born June 10, 1962. I currently live in Cleveland, OH.

2.  I lived in Cleveland, OH in 1975 and testified in the trials of Ricky Jackson, Wiley Bridgeman, and Ronnie Bridgeman.

3.  On May 19, 1975, I rode the school bus home from school. We could hear gun shots while we were on the bus. I couldn't see anything from the bus, we just heard popping noises. I got off the bus with most of the other kids on Cedar.

4.  Tommie Hall was on the bus with me that day. He was a couple years older than me. We got off the bus at the same stop.

5.  When we got to the store, we saw the white man lying on the ground gasping for breath. This is the only thing I saw that day regarding the crime.

6.  I don't know where Tommie Hall got the names Ricky, Buddy and Bitsey. Tommie was on the bus with me when we heard the shots, so he couldn't have seen the shooting.

7.  I don't exactly know why I went up to the police at first. I knew the store owner, Bob. I think I just wanted to be helpful. You have to understand I was 12 years old at the time. I thought I was doing the right thing.

8.  When I went to the line-up, my plan was to say I couldn't pick anyone out. I thought that when I didn't pick anyone out, that would just be the end of it and it would all be over.



DEFENDANT'S
EXHIBIT
13

PENGAD 800-631-6989

JACKSON 000268

9. When I got to the line-up, Ricky Jackson was there in the group on the other side of the glass. We weren't really close or anything, but I knew who he was and recognized him.

10. At the line-up, the police asked me if I could recognize anyone there who was at the shooting. I said no. They asked me again if I was sure, and I said no again.

11. I thought that was it and I would just go home. I couldn't understand how the other boys would still be under arrest after I didn't pick them out.

12. At that point, a detective there took me into this other room. As far as I can remember, it was just the two of us in this room. He got really loud and angry and started yelling at me and calling me a liar. He was slamming his hands on the table, and pushing things around, calling me this and that. I was frightened and crying. You know it's a scary thing for someone that young.

13. The detective said that I was too young to go to jail, but he would arrest my parents for perjury because I was backing out. My mom was sick at that time, and that really scared me. I didn't want my parents to get in trouble over this.

14. When I was crying, the detective said "Don't worry about it, we can fix this." That was when he took me back out to see Ricky Jackson by the phones. I don't remember ever really pointing him out again, but I think right after that was when the police had me sign another statement.

15. The detective said he wanted me to say that I was scared during the lineup and that was the only reason I couldn't pick out Ricky and the Bridgeman brothers. I think this is what he meant when he said everything would be okay and that he would fix it.

16. This whole time, I just kept meeting with police to go over my story. Some parts I just made up, but I kept changing it after we would talk. The more we would talk about it, the more details they would hand me. Like they would bring up acid in a cup or a description of a green car, and I would take that information and add it into the story.

FURTHER AFFIANT SAYETH NAUGHT.

_Edward Vernon_ (signature)

Edward Vernon

County of Cuyahoga )
                ) ss:
State of Ohio )

Sworn and subscribed before me this _17_ day of _MARCH_, 2014.

SAAD S. SALEM
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Cuyahoga County
My Comm. Exp. 4/6/14

Notary Public

**JACKSON 000269**