**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RICKY JACKSON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 1:15-CV-989 |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, *et al.* | ) | Judge Christopher A. Boyko |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| KWAME AJAMU, WILEY | ) | |
| BRIDGEMAN, | ) | No. 1:15-CV-1320 |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, *et al.* | ) | Judge Christopher A. Boyko |
| | ) | |
| Defendants. | | |

**STIPULATION REGARDING PHOTOGRAPHS USED AT DEPOSITIONS**

Counsel for the Plaintiffs and Defendants in the above-captioned cases hereby agree and stipulate as follows:

1. Defendants previously produced individual photographs of the eight former employees of the City of Cleveland Division of Police who were originally named as defendants in this case. Each photograph was assigned a number for purpose of identification. By agreement of the parties, the photographs were referred to and identified by number at the depositions held in this case.

2. For purposes of all depositions taken in this case, the number assigned to each photograph corresponds to the following persons:

Photograph 1 – Peter F. Comodeca

Photograph 2 – Michael Cummings

Photograph 3 – James T. Farmer

Photograph 4 – John T. Staimpel

Photograph 5 – Jerold Englehart

Photograph 6 – Eugene Terpay

Photograph 7 – Frank Stoiker

Photograph 8 – James White

STIPULATED AND AGREED:

/s/ Elizabeth Wang (per e-mail approval)
Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Suite 460
Boulder, Colorado  80302
Telephone:  (720) 328-5642

*Attorney for Plaintiff Ricky Jackson*

/s/  David E. Mills (per e-mail approval)
Terry H. Gilbert (0021948)
Jacqueline C. Greene (0092733)
FRIEDMAN & GILBERT
55 Public Square, Suite 1055
Cleveland, Ohio  44113
Telephone:  (216) 241-1430

David E. Mills (0075400)
THE MILLS LAW OFFICE LLC
1300 West Ninth Street, Suite 636
Cleveland, Ohio  44113
Telephone:  (216) 929-4747

*Attorneys for Plaintiffs*
*Kwame Ajamu and Wiley Bridgeman*

/s/  Stephen W. Funk
Stephen W. Funk (0058506)
ROETZEL & ANDRESS, LPA
222 South Main Street, Suite 400
Akron, Ohio  44308
Telephone:  (330) 849.6602
Facsimile:   (330) 376.4577
Email:  sfunk@ralaw.com

*Attorneys for Individual And Estate*
*Defendants*

/s/ Shawn Mallamad
SHAWN MALLAMAD (0011398)
Assistant Director of Law
City of Cleveland Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Telephone:  (216) 664-3774
Facsimile:  (216) 664-2663
Email:  smallamad@city.cleveland.oh.us

*Attorneys for Defendant City of Cleveland*

2