THE STATE OF OHIO,    )
                      ) SS:        J. GARETH HITCHCOCK, J.
COUNTY OF CUYAHOGA.   )


IN THE COURT OF COMMON PLEAS

(CRIMINAL BRANCH)


| | |
|---|---|
| THE STATE OF OHIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR 20436 |
| ) | |
| RICKY JACKSON, ) | |
| ) | |
| Defendant. ) | |

--- o0o ---

DEFENDANT'S TRANSCRIPT OF PROCEEDINGS

--- o0o ---

APPEARANCES:

On behalf of the State of Ohio:

JOHN T. CORRIGAN, Prosecuting Attorney, by
DOMINIC DEL BALSO, Assistant Prosecuting
Attorney.

On behalf of the Defendant:

ROBERT LOEB, ESQ., and
JOEL M. GARVER, ESQ.


James M. Mizanin
Official Court Reporter
Cuyahoga County, Ohio


DEFENDANT'S EXHIBIT A

THE STATE OF OHIO,      )
                        )  SS:        J. GARETH HITCHCOCK, J.
COUNTY OF CUYAHOGA.     )

IN THE COURT OF COMMON PLEAS

(CRIMINAL BRANCH)

THE STATE OF OHIO,                )
                                  )
            Plaintiff,            )
                                  )
      vs.                         )    Case No. CR 20436
                                  )
RICKY JACKSON,                    )
                                  )
            Defendant.            )

--- oOo ---

DEFENDANT'S TRANSCRIPT OF PROCEEDINGS

--- oOo ---

BE IT REMEMBERED, that at the May, A.D. 1975 Term of said Court, to-wit, on Tuesday, July 29, 1975, this case came on to be heard before the Honorable J. Gareth Hitchcock, one of the visiting Judges of said Court, and a jury of twelve and two alternates in Court Room No. 20, One Lakeside, upon the indictments heretofore filed herein.

--- oOo ---

3

I N D E X

WITNESSES:

STATE'S:

| | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| George Bannerman | 32 | 42 | 78, 83 | 79, 84 |
| Dr. Charles Hirsch | 86 | 96 | ---- | ---- |
| Estell Rogers | 107 | 118 | 130 | 132 |
| Charles L. Loper | 136 | 147 | ---- | ---- |
| Clarence Jackson | 169 | 184 | 191 | 192 |
| Anna Robinson | 193 | 217 | ---- | ---- |
| Robert Hassel | 249 | 252 | 264 | ---- |
| Robert Robinson | 268 | 289 | ---- | ---- |
| Frank Acierno | 315 | 321 | ---- | ---- |
| Ronald Ashcroft | 335 | 342 | ---- | ---- |
| John Staimpel | 349 | 354 | 387, 395 | 393 |
| Ronald Rees | 399 | 403 | ---- | ---- |
| Eugene Terpay | 404 | 434 | 496 | 501 |
| Edward Vernon | 510 | 549 | 658 | 663 |

STATE RESTED --- 664

MOTION FOR ACQUITTAL --- 665

DEFENDANT'S:

| | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Leonard Fisher | 673 | 688 | 693 | ---- |
| Karen Smith | 697 | 719 | 733 | 739 |
| Michael Durrette | 741 | 747 | 749 | ---- |
| Ivan Tanksly | 751 | 757 | 760 | 761 |
| Ronnie Ferguson | 762 | 771 | 774 | ---- |
| Thomas Hall | 776 | 787 | 790, 799, 801 | 792, 800 |
| Marvin Ferguson | 803 | 808 | 810 | ---- |
| Marcus Williams | 812 | 820 | 823 | 829 |
| Henry Hall | 829 | 835 | ---- | ---- |
| Kim Dickson | 837 | 846 | 850, 861 | 858, 863 |
| James Cannon | 864 | 897 | 907 | ---- |
| Mary Jordan | 913 | 923 | 941, 950 | 948 |
| Essie Copeland | 951 | 971 | 983, 990 | 988, 993 |
| Carl Ferrarri | 998 | 1006 | 1008 | 1010 |
| Ricky Jackson | 1011 | 1065 | 1091 | 1096 |
| Sherry Chatman | 1104 | ---- | ---- | ---- |

JACKSON 000421

I N D E X (continued)

STIPULATION --- 1113

REBUTTAL WITNESSES:

STATE'S:

| | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Eugene Terpay | --- | --- | 1116 | 1118 |

MOTION FOR ACQUITTAL --- 1120

COURT'S CHARGE TO JURY --- 1210

PRE-SENTENCE PROCEEDINGS

WITNESSES:

DEFENDANT'S:

| | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Wilford Gill | --- | 1258 | --- | --- |
| David W. Sprague | 1311 | 1325 | 1330 | --- |

OFFICIAL COURT REPORTERS
Court of Common Pleas
Cuyahoga County, Ohio

JACKSON 000422

5

I N D E X (continued)

EXHIBITS:

STATE'S:

| | MARKED | RECEIVED | ATTACHED |
|---|---|---|---|
| 1 - Report of Chemical Tests | 91 | 664 | 1354 |
| 2 - Photograph | 95 | 664 | 1353 |
| 3 - Photograph | 95 | 664 | 1353 |
| 4 - Photograph | 95 | 664 | 1353 |
| 5 - Receipt | 111 | 664 | 1355 |
| 6 - Photograph | 206 | 664 | 1353 |
| 6A - Photograph | 206 | 664 | 1356 |
| 7 - Photograph | 206 | 664 | 1353 |
| 7A - Photograph | 206 | 664 | 1357 |
| 8 - Photograph | 206 | 664 | 1353 |
| 8A - Photograph | 206 | 664 | 1353 |
| 9 - Photograph | 287 | 664 | 1358 |
| 9A - Photograph | 287 | 664 | 1359 |
| 10 - Piece of Paper | 1086 | --- | ---- |

DEFENDANT'S:

| | | | |
|---|---|---|---|
| A - Statement | 591 | 1112 | 1353 |
| B - Statement | 682 | 1112 | 1360 |
| C - Honorable Discharge | 984 | 1112 | 1361 |

I N D E X (continued)

EXHIBITS:

PRE-SENTENCE HEARING:

| JOINT: | MARKED | RECEIVED | ATTACHED |
|---|---|---|---|
| 1 - Report of Dr. Sprague | 1314 | ----- | 1362 |

DEFENDANT'S:

A-1 through A-47 -

| | MARKED | RECEIVED | ATTACHED |
|---|---|---|---|
| Hospital Records | 1310 | 1310 | 1363 |

COURT'S:

| | MARKED | RECEIVED | ATTACHED |
|---|---|---|---|
| 1 - Probation report | 1247 | 1247 | 1353 |
| 2 - Psychiatric Clinic report | 1247 | 1247 | 1353 |



THE STATE OF OHIO, )
                                 )  SS:   35735   Angelotta, J.
COUNTY OF CUYAHOGA. )

IN THE COURT OF COMMON PLEAS        (POSTED)

CRIMINAL BRANCH

THE STATE OF OHIO,        35725

                    )
        Plaintiff,  )
                    )           20578
    -vs-            )    Case No. CR 20578
                    )
RONNIE BRIDGEMAN,   )
                    )    FILED
        Defendant.  )    APR 19 1976
                    )    GERALD E. FUERST
                         CLERK OF COURTS
                         CUYAHOGA COUNTY, OHIO

DEFENDANT'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

        On behalf of the State of Ohio:

            Charles Mathay
            James Sweeney

        On behalf of the Defendant:

            Thomas Shaughnessy
            Samuel Agnello

        FILED
        COURT OF APPEALS
        APR 1_ 1976
        GERALD E. FUERST
        CLERK OF COURTS
        CUYAHOGA COUNTY, OHIO

        SHELF

                                 VOLUME 1 of 3

Thomas C. Walters
Official Court Reporter
Cuyahoga County , Ohio

DEFENDANT'S
EXHIBIT
PENGAD 800-631-6989

OFFICIAL COURT REPORTERS
Court of Common Pleas
Cuyahoga County, Ohio

2

STATE OF OHIO,           )
                         ))     SS:    Angelotta, J.
COUNTY OF CUYAHOGA.      )

IN THE COURT OF COMMON PLEAS

(CRIMINAL DIVISION)

STATE OF OHIO.           )
                         )
          Plaintiff,     )
                         )
                         )
     vs.                 )     Case No. CR   20578
                         )
                         )
RONNIE BRIDGEMAN         )
                         )
          Defendant.     )

DEFENDANT'S TRANSCRIPT OF PROCEEDINGS

BE IT REMEMBMERED that this cause came on to be heard in the September A.D.  1975 Term of this Court, to-wit, September 22, 1975  in Courtroom No. 10 before the Honorable Judge John J. Angelotta, one of the Judges of said Court.

I N D E X

WITNESSES:  *George Borrierman*  31

STATE'S  *Earl Rodgers*  38

*Patrolman Schlund*  44

| | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Clarence Jackson | 48 | 54 | 57 | 57 |
| Edward James Vernon | 59 | 96 | 200 | 225 |
| Charles Loper | 242 | 248 | -- | |
| Frank Acierno | 254 | 260 | 266 | -- |
| Robert Hassel | 267 | 271 | 275 | 276 |
| Anna Robinson | 280 | 297 | 306 | -- -- |
| Stanley Marvin | 330 | 336 | -- | -- |
| Dr. Charles Hirsch | 332 | 353 | 354 | -- |
| Sue Vernon | 357 | -- | -- | -- |
| Detective Terpay | 407 | 425 | 454 | 458 |
| Karen Smith | 481 | 488 | 508 | -- |
| Kim Teresa Dickson | 511 | 527 | -- | -- |
| Carl Ferraro | 557 | 563 | -- | -- |
| Ronnie Patrick Bridgeman | 584 | 610 | 667 | 670 |
| Thomas Hall | 672 | 685 | -- | -- |
| Darlene Vernon | 743 | 748 | 756 | 758 |
| Marcus Williams | 764 | 768 | 777 | 777 |
| Mary Jordan | 779 | 799 | -- | -- |

*The Robinson testimony is missing?*

OFFICIAL COURT REPORTERS
Court of Common Pleas
Cuyahoga County, Ohio

JACKSON 001832

EXHIBITS

| STATE'S | Marked | Received |
|---|---|---|
| 1. Signed statement | 207 | |
| 2 & 3 | 257 | 468 |
| 4 | 270 | 468 |
| 5 & 6 | 288 | 468 |
| 7, 8, 9 & 10 | 332 | 468 |
| 11 - 13 | 336 | 469 |
| 14 | 620 | Withdrawn 622 |



THE STATE OF OHIO, )
COUNTY OF CUYAHOGA. ) SS: BACON, J:

35647

IN THE COURT OF COMMON PLEAS
(CRIMINAL BRANCH)

STATE OF OHIO, )
　　　　　　　　　　　　)
　　　　Plaintiff, )
　　　　　　　　　　　　)
　vs. )
　　　　　　　　　　　　) CASE NO 220436
WILEY BRIDGEMAN, )
　　　　　　　　　　　　) 20436
　　　　Defendant. )

TRANSCRIPT OF PROCEEDINGS

VOLUME 1 of 11 VOLUMES

SHELF

FILED

GERALD E. FUERST
CLERK OF COURTS
CUYAHOGA COUNTY, OHIO

DEFENDANT'S EXHIBIT
C

THE STATE OF OHIO,   )
                       ) SS:             BACON, J.
COUNTY OF CUYAHOGA,  )

- - - -

## IN THE COURT OF COMMON PLEAS

### Criminal Branch

- - - -

THE STATE OF OHIO,       )
                          )
            Plaintiff,  )
                         )
      vs.                  )       Case No. 20436
                         )
WILEY BRIDGEMAN,      )
                         )
           Defendant.  )

- - - -

### TRANSCRIPT OF PROCEEDINGS

- - - -

APPEARANCES:

On behalf of the State of Ohio:

John T. Corrigan, County Prosecutor

     by Charles Mathay,
        Asst. County Prosecutor

On behalf of the Defendant:

     Jerry Milano, Esq., and

     Daniel McCarthy, Esq.

- - - -

Rose V. Black
Official Court Reporter
Cuyahoga County, Ohio

2

THE STATE OF OHIO,    )
                      )  SS:              BACON, J.
COUNTY OF CUYAHOGA,   )

- - - - -

IN THE COURT OF COMMON PLEAS

Criminal Branch

- - - - -

THE STATE OF OHIO,              )
                                )
            Plaintiff,          )
                                )
    vs.                         )    Case No. 20436
                                )
WILEY BRIDGEMAN,                )
                                )
            Defendant.          )

- - - - -

TRANSCRIPT OF PROCEEDINGS

- - - -

BE IT REMEMBERED that at the May 1975

Term of said Court, to-wit, on Monday, August 4,

1975, this case came on to be heard in Courtroom

No. 2, Lakeside Courthouse, Cleveland, Ohio,

before the Honorable John Bacon, sitting in by

assignment from Meigs County, and a jury, upon

the indictment filed herein.

- - - - -

2

# I N D E X

WITNESSES:

| State's: | Dir. | Cr. | Redir. | Recr. |
|---|---|---|---|---|
| CHARLES HIRSCH | 6 | 16 | 20 | |
| EDWARD VERNON | 24 | 30 | 41 | 43 |
| | | | 47 | 49 |
| JAMES WHITE | 56 | 58 | | |
| JOHN STAIMPEL | 61 | 67 | 74 | 75 |
| GEORGE BANNERMAN | 82 | 92 | 96 | 97 |
| EARL ROGERS | 98 | 107 | 115 | |
| ROBERT ROBINSON | 118 | 138 | 147 | 149 |
| CLARENCE JACKSON | 152 | 162 | | |
| CHARLES LOPER | 164 | 172 | 181 | |
| ANNA ROBINSON | 184 | 195 | | |
| ROBERT STEWART HASSEL | 200 | 205 | | |
| REYNOLD ASHCROFT | 217 | 224 | | |
| FRANK DENNIS ACIERNO | 226 | 235 | 238 | |
| EDWARD J. VERNON | 241 | 272 | 299 | 303 |
| | | | 305 | |
| JOHN STAIMPEL | 308 | 317 | 326 | 328 |
| EUGENE TERPAY | 331 | 345 | 357 | |

Defendant's:

| | Dir. | Cr. | Redir. | Recr. |
|---|---|---|---|---|
| MARY JORDON | 368 | 371 | 382 | |
| ESSIE MAE COPELAND | 384 | 391 | 405 | |
| BEATRICE GOINS | 407 | 412 | | |
| THOMAS GOINS | 423 | 426 | | |
| JAMES CANNON | 433 | 438 | | |
| KIM DICKSON | 456 | 461 | | |
| KAREN SMITH | 476 | 479 | | |
| | 480 | 487 | | |
| WILEY BRIDGEMAN | 504 | 518 | | |

REBUTTAL TESTIMONY

State:

| | Dir. | Cr. | | |
|---|---|---|---|---|
| EUGENE TERPAY | 540 | 541 | | |
| EDWARD VERNON | 543 | 544 | | |
| ROBERT ROBINSON | 546 | 548 | | |

- - -

OFFICIAL COURT REPORTERS
Court of Common Pleas
Cuyahoga County, Ohio

JACKSON 002820

2A

EXHIBITS:

| State's: | Iden'd | Rec'd | Attch'd |
|---|---|---|---|
| 2 - Photo | 11 | 12 | 581 |
| 3 - Photo | 11 | 12 | 582 |
| 4 - Photo | 11 | 12 | 583 |
| 5 - Money Order Form | 86 | 116 | 584 |
| 6A- Photo | 127 | 163 | 585 |
| 6 - Photo | 230 | 240 | 586 |
| 8 - Photo | 230 | 240 | 587 |
| 8A- Photo | 230 | 240 | 588 |

Joint Exhibit 1 –Statement        366     589
          (Edward Vernon)

Defendant's Motion
for Directed Verdict       360

CHARGE OF THE COURT       551

3

# P R O C E E D I N G S

(A panel of prospective jurors was duly sworn.)

— — — —

(Thereupon an adjournment was taken to 1:30 P.M., on Monday, August 4, 1975, at which time the following proceedings were had:)

— — — —

## MONDAY AFTERNOON SESSION - AUGUST 4, 1975

(The jury selection was continued.)

— — — —

(An adjournment was taken until 9:00 o'clock A.M., Tuesday, August 5, 1975, at which time the following proceedings were had.)

3

The State of Ohio,      )
                        ) SS:                    ZINGALE, J.
County of Cuyahoga,     )   893461

**FILED**
COURT OF APPEALS
SEP 15 1978
GERALD E. FUERST
CLERK OF COURTS
CUYAHOGA COUNTY, OHIO

IN THE COURT OF COMMON PLEAS

(CRIMINAL BRANCH)

THE STATE OF OHIO,              )
                                )
               Plaintiff,       )
                                )
        vs.                     )          No. CR-20,436-A
                                )
WILEY E. BRIDGEMAN,             )
                                )          204369
               Defendant.       )

DEFENDANT'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

On behalf of the State of Ohio:

JOHN T. CORRIGAN, County Prosecutor, by:

        James Sweeney and
        Dominic Del Balso,
                Assistant County Prosecutors

On behalf of the Defendant:

        Jerry Milano, Esq.

        Daniel R. McCarthy, Esq.

Philip A. Trombetto
Official Court Reporter
Cuyahoga County, Ohio

DEFENDANT'S EXHIBIT D

I N D E X

TUESDAY, October 4, 1977 PROCEEDINGS:

Page

Pre-trial hearing on defense motion requesting
discovery proceedings,                                    4

Plaintiff's motion in limine as to use of police
reports on cross-examination,                           35

COURT'S RULING          36

(Empaneling of jury begun in afternoon.)

WEDNESDAY, October 5, 1977 PROCEEDINGS:

(Empaneling of jury completed and jury of
twelve plus two alternate jurors were
duly sworn.)

(At 1:30 p.m., jury view of alleged
crime scene.)

Court's general instructions to jury as to trial
proceedings,                                             44

DEFENDANT'S MOTION:

by Mr. Milano, to declare mistrial,         51

COURT'S RULING          51

- - -

I N D E X

144

| WITNESSES | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Dr. Charles Hirsch | 145 | 159 | | |
| Charles Loper (read into record) | 165 | 173 | 182 | |
| Robert Stewart Hassel | 184 | 190 221 | | |
| James Cannon (read into record) | 197 | 204 | | |
| Clarence Jackson | 227 | 230 | | |
| Robert Robinson | 231 | 253 | 292 | 294 |

| STATE'S EXHIBIT | | Identified | Admitted |
|---|---|---|---|
| 9-A thru 9-D | photographs bearing coroner's identification number 158124, | 155 | |

| DEFENDANT'S MOTIONS | Page |
|---|---|
| By Mr. Milano, to declare mistrial, | 258 |
| COURT'S RULING, | 263 |
| By Mr. Milano, as to "entire testimony of Robert Robinson," etc., | 286 |
| COURT'S RULING, | 289 |

- - -

wed
11-12
-77

I N D E X                                                    482

| WITNESSES | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Eugene Terpay (resumed) | | 483 | 512 | 514 |
| Angela Anita Bennett | 538 | 547 | | |
| John Staimpel | 564 | 569 | 577 | |

| STATE'S EXHIBITS | Identified | Admitted Page |
|---|---|---|
| 1 through 7 - photographs of crime scene, (admitted by agreement), | (82) | 515 |
| 8-A thru 8-G - notes written by Mrs. Robinson (re-marked as Court Exhibit) offered, Court's ruling, | (126) | 515 516 |
| 9-A thru 9-C - photographs bearing coroner's identification number 158124, | (155) | 517 |
| 9-D - coroner's photograph (rejected) | (155) | 518 |
| 10 - 5-21-75 statement, E. Vernon, | (336) | 519 |

DEFENDANT'S EXHIBITS

A, B and C - school records, E. Vernon, (344-345)    581

DEFENDANT'S MOTIONS

By Mr. Milano, as to instruction to jury to disregard
                testimony as to cup,                                    519
                                Court's ruling,                        521
By Mr. McCarthy, for judgment of acquittal,                           521
                                Court's ruling,                        536
By Mr. Milano, for mistrials,                                    609, 611
                                Court's ruling,                        611

Hearing on regard to defense objection to                              573
testimony in regard to lineup,    Court's ruling,                      575

COURT'S CHARGE TO JURY                                                 584

- - -

I N D E X

297

| WITNESSES | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Frank Muhlhan | 298 | 303 | 307 | 307 |
| Edward Vernon | 308 | 341 | 421 | 445 |
|  |  |  | 450 | 453 |
| Eugene Terpay | 454 | 481 |  |  |

| STATES EXHIBIT | Identified | Admitted |
|---|---|---|
| 10 - 5-21-75 statement, E. Vernon, | 336 |  |

| DEFENDANT'S EXHIBITS | | |
|---|---|---|
| A - school record, E. Vernon | 344 |  |
| B - school record, E. Vernon | 344 |  |
| C - school record, E. Vernon | 345 |  |

| DEFENDANT'S MOTION: | Page |
|---|---|
| By Mr. Milano, to declare mistrial, | 444 |
| Court's ruling, | 444 |

The State of Ohio,   )
                     ) SS:         ZINGALE, J.
County of Cuyahoga,  )

- - -

IN THE COURT OF COMMON PLEAS

(CRIMINAL BRANCH)

- - -

THE STATE OF OHIO,              )
                               )
            Plaintiff,         )
                               )
     vs.                       )        No. CR-20,436-A
                               )
WILEY E. BRIDGEMAN,            )
                               )
            Defendant.         )

- - -

DEFENDANT'S TRANSCRIPT OF PROCEEDINGS

- - -

BE IT REMEMBERED That at the September, A.D. 1977 Term of said Court, this cause came on to be heard before the Hon. Sam A. Zingale, Courtroom No. 22-A, Courts Tower, Justice Center, Cleveland, Ohio, on Tuesday, October 4, 1977, upon the indictment heretofore filed herein.

(Thereupon, the following proceedings were had:)