The following is the statement of EDWARD JAMES  EPNON C /M/S 12 DOB 6-10-62 residing at 2220  1st 108 Phone 421 0389 at'  ds Budoban School concerning the death of HARRY J. FRANKS.

EDWARD JAMES VERNON: On monday May 19,1975 at about 3:50PM I was getting off the bus atFairhill and Patraca. I seen two guys,RICKY and VINCENT, They were at the side of the store. They were wating. A white guy got out of his car and was walki towards the store. When he got up to the guys VINCENT thru pop in his face. Then VINCENT hit him with a stick. Then VINCENT tried to take a brief case from him. Then RICKY shot him twice. The MRS ROBINSON came to the door of the store then RICKY shot thru the door at her. Then they ran down Petraca to a car. Then I took a good look at the car.

Q.       Showing you a photo CPD#M 12856 what can you tell us about this photo?
A.       Thats BUDDY, the Police Told me his name was WILEY BRIDGEMAN.
Q.       What part if any did BUDDY take part in this crime?
A.       He was the driver of the car.
Q.       Can you describe the auto that was used?
A.       Dark green over light green convertable about a 1969 or 69.
Q.       Showing you a photo marked #388 for identification purpose what can you tell us about this photo?
A.       Thats RICKY and the Police told me his name is RICKY JACKSON.
Q.       What part did RICKY JACKSON play in this crime?
A.       He shot the man.
Q.       Did you see any weapons in RICKYS hand at the time of the crime?
A.       Yes,a black gun.
Q.       How many shots did RICKY fire?
A.       Three, two at the white guy and one at MRS ROBINSON.
Q.       Did the hwite guy or MRS ROBONSON have any weapons?
A.       No.
Q.       How far were you away from this incident when it happened?
A.       about twenty feet.
Q.       Did you have a clear view of what was taking place?
A.       Yes.
Q.       Today,May 25, 1975, at about 12:15PM did you view a line up of seven colored males at the City Jail?
A.       yes.
Q.       Did you pick any of these males as being involved in this crime?
A.       No I didn't because I was scared. But the two men were number one and number seven. Number one was BUDDY and number seven RICKY.
Q.       Are you positive that Buddy and Ricky are the same two males that were involved in the murder?
A.       Yes, Buddy,who the Police tell me is Wiley Bridgeman, drove the car away with the other two males in the car after the murder. Rickey , who the Police tell me is Rickey ja ckson, is the male who shot the man and then got into the car that BUddy drove away.
Q.       How long have you known Buddy( Wiley Bridgeman) and Ricky Jackson?
A.       BUddy , about 3 years and Ricky about the same , three years. WE was friends and I Knew them from the neighborhood , I have never had any trouble with either of them before. The other male involved Vincent, I don't know his last name , for about three years also, Vincent is either BUddy's cousin or brother.  I have never had any trouble with Vincent.
Q.       When did you see Buddy's( Wiley Bridgeman) face?
A.       When I was getting off the bus I was at the front door and the car was between me and curb , I saw buddy driving the car with Vincent and Ricky in the car with him and I waived to them , Buddy waived back to me. He turned the corner and he turned the corner and went down a little ways and parked the car. Then Vincent and Ricky got out of thecar, Buddy stayed in it.
Q.       Is there anything else that you care to saY at this time?
A.       No.
Q.       Have you read the above statement and is it the truth?

A._____          SIGNED _____

PLAINTIFF'S DEPOSITION EXHIBIT 5
PENGAD 800-631-6989