CRIMINAL STATEMENT UNIT                                    May,25,1975
                                                           12:35PM

     The following is the statement of EDWARD JAMES VERNON C /M/S 12 DOB
6-10-62 residing at 2220 East 108 Phone 421 0389 attends Audoban School
concerning the death of HARRY J. FRANKS.

EDWARD JAMES VERNON: On monday May 19,1975 at about 3:50PM I was getting off the
bus atFairhill and Patraca. I seen two guys,RICKY and VINCENT, They were at the
side of the store. They were wating. A white guy got out of his car and was walki
towards the store. When he got up to the guys VINCENT thru pop in his face. Then
VINCENT hit him with a stick. Then VINCENT tried to take a brief case from him.
Then RICKY shot him twice. The MRS ROBINSON came to the door of the store then
RICKY shot thru the door at her. Then they ran down Petraca to a car. Then I took
a good look at the car.

Q.    Showing you a photo CPD#M 12856 what can you tell us about this photo?
A.    Thats BUDDY, the Police Told me his name was WILEY BRIDGEMAN.
Q.    What part if any did BUDDY take part in this crime?
A.    He was the driver of the car.
Q.    Can you describe the auto that was used?
A.    Dark green over light green convertable about a 1969 or 69.
Q.    Showing you a photo marked #388 for identification purpose what can you
tell us about this photo?
A.    Thats RICKY and the Police told me his name is RICKY JACKSON.
Q.    What part did RICKY JACKSON play in this crime?
A.    He shot the man.
Q.    Did you see any weapons in RICKYS hand at the time of the crime?
A.    Yes,a black gun.
Q.    How many shots did RICKY fire?
A.    Three, two at the white guy and one at MRS ROBINSON.
Q.    Did the hwite guy or MRS ROBONSON have any weapons?
A.    No.
Q.    How far were you away from this incident when it happened?
A.    about twenty feet.
Q.    Did you have a clear view of what was taking place?
A.    Yes.
Q.    Today,May 25, 1975, at about 12:15PM did you view a line up of seven
colored males at the City Jail?
A.    yes.
Q.    Did you pick any of these males as being involved in this crime?
A.    No I didn't because I was scared. But the two men were number one and
number seven. Number one was BUDDY and number seven RICKY.
Q.    Are you positive that Buddy and Ricky are the same two males that
were involved in the murder?
A.    Yes, Buddy,who the Police tell me is Wiley Bridgeman, drove the car away
with the other two males in the car after the murder. Rickey , who the Police
tell me is Rickey ja ckson, is the male who shot the man and then got into the ca
that BUddy drove away.
Q.    How long have you known Buddy( Wiley Bridgeman) and Ricky Jackson?
A.    BUddy , about 3 years and Ricky about the same , three years. WE was
friends and I Knew them from the neighborhood , I have never had any trouble
with either of them before. The other male involved Vincent, I don't know
his last name , for about three years also, Vincent is either BUddy's cousin
or brother.  I have never had any trouble with Vincent.
Q.    When did you see Buddy's( Wiley Bridgeman) face?
A.    When I was getting off the bus I was at the front door and the car
was between me and curb , I saw buddy driving the car with Vincent and Ricky
in the car with him and I waived to them , Buddy waived back to me. He turned
the corner and he turned the corner and went down a little ways and parked
the car. Then Vincent and Ricky got out of thecar, Buddy stayed in it.
Q.    Is there anything else that you care to say at this time?
A.    No.
Q.    Have you read the above stat ... and is it the truth?

A.      SIGNED _____

WITNESS _____ WITNESS _____
    DET. STAIMPEL                     DET. STOIKER
ENGLEHART 242  5-25-75  1:27 PM

JACKSON 003403

Englehart Dep. Ex 1