IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

KWAME AJAMU, et al.            )
                              )
        Plaintiff             )
                              )        No. 1:15-CV-1320
    v.                        )
                              )
CITY OF CLEVELAND, et al.,    )        Judge Christopher A. Boyko
                              )
        Defendants.           )

**PLAINTIFFS' LIST OF EXHIBITS TO RESPONSES TO DEFENDANTS
CITY OF CLEVELAND, ENGLEHART, AND LAMENDOLA'S
MOTIONS FOR SUMMARY JUDGMENT\***

| Exhibit # | Description |
|-----------|-------------|
| 1 | Ricky Jackson Deposition (excerpt) |
| 2 | Kwame Ajamu Deposition (excerpt) |
| 3 | Karen Smith Deposition (excerpt) |
| 4 | Rose Brown Deposition (excerpt) |
| 5 | 11/17/14 Motion for New Trial Hearing Transcript (excerpt) |
| 6 | Ricky Jackson Trial Transcript (excerpt) |
| 7 | Petro Report 5/19/75, CLE127-128 |
| 8 | Defendant City of Cleveland's Response to Plaintiff's Third Set of Requests for Admission |
| 9 | Vernon Deposition Exhibit 2 (map) |
| 10 | Thomas Hall Deposition (excerpt) |
| 11 | Farmer Supp. Report 5/20/75, CLE111-112 |
| 12 | Terpay Orig. Report 5/19/75, CLE114-118 |
| 13 | Leo Allen Deposition |

1

| 14 | Farmer Supp. Report 5/25/75, CLE77 |
|----|-----|
| 15 | Wiley Bridgeman Deposition |
| 16 | Staimpel Supp. Report 5/24/75, CLE82 |
| 17 | Kwame Ajamu (Ronnie Bridgeman) Trial Transcript (excerpt) |
| 18 | Wiley Bridgeman 1977 Trial Transcript (excerpt) |
| 19 | Stoiker Supp. Report 5/25/75, CLE80 |
| 20 | Michael Cummings Deposition |
| 21 | Jackman Supp. Report 5/20/75, CLE113 |
| 22 | Staimpel Supp. Report 5/20/75, CLE109-110 |
| 23 | Farmer Supp. Report 5/23/75, CLE88-89 |
| 24 | Defendant Lamendola's Response to Plaintiff's Third Set of Requests for Admission |
| 25 | Vernon 2/20/17 Declaration |
| 26 | Jerold Englehart Deposition |
| 27 | Farmer Supp. Report 5/27/75, CLE73 |
| 28 | Stoiker and Staimpel Supp. Report 5/28/75, CLE69 |
| 29 | Dominic Del Balso Deposition |
| 30 | Vernon 2/8/17 Declaration |
| 31 | Police reports from Cuyahoga County Prosecutor's Office file, CCPO702, 722-723, 729 (from Del Balso Deposition Exhibit 1) |
| 32 | Notice of Cuyahoga County Prosecutor's Intent As to Defendant's Future Claims, JACKSON12046-12047 |
| 33 | Journal Entries 11/21/14, JACKSON5185, 6675; Journal Entry 12/9/14, JACKSON6683 |
| 34 | Journal Entry 12/10/14, JACKSON5186 |
| 35 | James White Deposition |

| | |
|---|---|
| 36 | Defendant City of Cleveland's Answers to Plaintiff's Fourth Set of Interrogatories |
| 37 | Defendant City of Cleveland's Answers to Plaintiff's First Set of Requests for Admission |
| 38a | Donald Anders Report and Declaration |
| 38b | Donald Anders CV |
| 39 | National Advisory Commission on Criminal Justice Standards and Goals: Police, January 1973 (excerpt) |
| 40 | Preliminary Report of Mayor's Crime Commission created  March 15, 1974 with Recommendations, June 4, 1974, CLE1105-1252 |
| 41 | *Williams v. Terpay* complaint, JACKSON13039-13046, and related documents from Terpay's personnel file, CLE3868-3885 |
| 42 | Stanley Tolliver letter regarding George Clayton, CLE3912-3913 |
| 43 | *Fowler v. Jago* Transcripts (excerpt) (JACKSON13975-13090, 13995-14031, 14177, 14201-14264, 14413, 14440-14468, 14476-14477, 14481-14495) |
| 44 | Albert Rembert Deposition (excerpt) |
| 45 | Private Sector Assistance to the Cleveland Police Department, September 1975, CLE977-1026 |
| 46 | The Cleveland Police Dept by Cleveland (Ohio), Department of Police, Department of Public Safety, CLE1027-1104 |
| 47 | Defendant Englehart's Responses to Plaintiff's Third Set of Requests for Admission |
| 48 | Defendant Lamendola's Responses to Plaintiff's Third Set of Interrogatories |
| 49 | Defendant Englehart's Responses to Plaintiff's Third Set of Interrogatories |
| 50 | Letter to Terpay, CLE3942 |
| 51 | Letter to Stoiker, CLE3388 |
| 52 | Letter to Farmer, CLE3478 |
| 53 | Letter to Staimpel, CLE3622 |

| 54 | Ricky Jackson Affidavit dated 3/20/14 |
| 55 | Declaration of Elizabeth Wang with Exs. A (subpoena) and B (emails) |
| 56 | Dr. Paul Good Report, Declaration, and CV |

*Note that all exhibits have been actually filed in the companion case, *Jackson v. Cleveland*, No. 15-989, and are incorporated here.

Respectfully submitted,

/s/ David E. Mills

David E. Mills
The Mills Law Office LLC
1300 W. 9th St., Ste. 636
Cleveland, OH 44113

*One of the attorneys for
Plaintiffs*

4