

EXHIBIT 9