DEAD BODY
SUSPECTED CLASS

**SUPLEMENTARY REPORT**

CLEVELAND POLICE DEPARTMENT

SUBJECT or CRIME

DATE OF THIS REPORT **May 19th, 1975**

COMPLAINT NO. **# 31255**

| COMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| | | | | | | |

| VICTIM | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| HARRY J. FRANKS | 35283 Keller Dr. Avon Lake O. 967-6584 | | 59 | M | W | M |

ADDRESS OF OCCURRENCE **2196 Fairhill Rd.**  TYPE OF PLACE **Sidewalk**  ZONE **525**

TIME OF OCCURRENCE **3:54 P.M.**  DATE OF OCCURRENCE **May 19th 1975**  DAY OF WEEK **Monday**

| SECURED BY | ADDRESS | PHONE | TIME | DAY | DATE |
|---|---|---|---|---|---|
| | | | | | |

| DISCOVERED BY | ADDRESS | PHONE | TIME | DAY | DATE |
|---|---|---|---|---|---|
| | | | | | |

PAGE **1** OF **5** PAGE REPORT.    **ORIGINAL INVESTIGATION**    FOLLOW-UP REPORT ☐

In company with Detective FARMER, assigned to car # 9238, at 4:03 P.M. received an office assignment to met car 525 at 2196 Fairhill Rd., apparent robbery and homicide. Arrived on the scene at 4:15 P.M. and in company with LT. RIDDELL, SGT., KOTSITS, members of same car # 525 Ptls. PETRO # 63 & ACHEINO #483, S.I.U. car # 9151 Dets. MARVIN etal. investigated.

VICTIM    HARRY J. FRANKS, W,M,M, dob 3/18/16, residence 35283 Keller Dr., Avon Lake Ohio, phone, 967-6584. Victim employed by UNITED STATES NAVIGATION CO. INS. 3737 Chester Ave., 881-9292. ( victim picks up receipts from sales of Money Orders and also carries a supply of Money Order Blanks). Record Check shows one Special Intox, (1942), and two Traffic arrests from 1952 to 63. No Wants at the Warrant Suspect Unit. Victim conveyed to LAKESIDE HOSP. by car # 514, PTLS. ANSEL #479 & SCHLUND, # 118. DR. VALENTINE, doa at 5:14 P.M. 5/19/75, then to MORGUE.

MORGUE    Undressing witnesses by DETS. FARMER & TERAPY, Attendant BROWN of the Coroners Office bagged the victim's hands. Clothing consisted of the following; Brown suit coat, ( apparent bullet hole in left lapel). Brown trousers and leather belt. Brown shoes and socks. Green shirt with white strips, green,yellow,& green tie and tie clasp. White boxer type shorts, white Tee shirt. Observed an apparent gun shot wound showing fouling and apparently close contact, in the chest 2" right of left nipple; 3" below. Another similar wound center of the chest at the base of the neck, no exit wounds. Victim measured 75", 203 lbs. grey hair hazel eyes.

SUSPECTS    NO.1  C.M. 17/18 YRS, 5/8, MED. BUILD, LT. SKIN, MED. AFRO, DK. BLUE TANK TOP SHIRT.

NO.2  C.M. 18/19 YRS., 5/8, THIN BUILD, DK. BRN SKIN, BLK HAT, WITH SMALL BRASS RINGED HOLES, SHORT JACKET.

One of the suspects armed with a revolver, cal unknown. Suspects last seen running SOUTH on Petrarca Ave., then WEST on FRANK ave. Suspects seen entering a DK Green over lite green Olds, thought to be a Convert. bearing Ohio License CC-9620 . This auto listed to RONALD HAGGING, of 4126 E. 112th St., 2C. #403 dispatched by radio to this address learned the following; These plates were listed to a dak green Olds., which had been towed to lot #3 #x on 4/20/75 for delinquent tickets. A check by the zone car showed this auto still

CONTINUED    PAGE #2

C OF C 71 – 10

INVESTIGATING OFFICERS    PLATOON    CAR    APPROVED BY

WEATHER ☐ CLEAR ☐ RAIN ☐ CLOUDY ☐ SNOW  TEMP ___° WIND ___
☐ A. I. U. ☐ REQUESTED
☐ S. I. U. ☐ NOT REQUESTED
☐ ON SCENE

ASSIGNMENT RECEIVED FROM:
☐ RADIO ☐ DISTRICT ☐ DET. BUR. ☐ OTHER

TIME ASSIGNED ___
COMPLETED

EXHIBIT 12

CLE-0114

# SU PLEMENTARY RE ORT

DAED BODY
SUSPECTED HOMICIDE

CLEVELAND POLICE DEPARTMENT    MAY 19 1975

SUBJECT or CRIME          DATE OF THIS REPORT _____ IIIII

COMPLAINT NO.   3 1 2 5 5

| COMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| VICTIM  HARRY FRANKS | ADDRESS | PHONE | | | | |
| ADDRESS OF OCCURRENCE | TYPE OF PLACE | | | ZONE | | |
| TIME OF OCCURRENCE | DATE OF OCCURRENCE | DAY OF WEEK | | | | |

| SECURED BY | ADDRESS | PHONE | TIME | DAY | DATE |
|---|---|---|---|---|---|
| DISCOVERED BY | ADDRESS | PHONE | TIME | DAY | DATE |

PAGE __2__ OF __5__ PAGE REPORT.            ORIGINAL REPORT            FOLLOW-UP REPORT ☐

impounded at let #2 and both plates still on this auto.

NOTIFICATION    Contacted U.S. NAVIGATION CO. and talked with SALES MGR., GEORGE BANNERMAN, home phone 234-2437. H e stated the victim had been an employee of the company for about ten years. Further that he carried a brief case which contained a supply of blank money orders and also checks made out to the company in payment for money orders written by various stores, and could have contained a small amount of cash. BANNERMAN will check the victim's route and made a determination as to the amount of checks, money and blank orders this brief case could have contained. BANNERMAN further stated the victim's wife was very sick at home and that he and his wife would drive to the victim's home and make the notification of the victim's death. While at the Homicide Office, received a phone call from JERRY FRANKS, ( brother of the victim,), 1046 Kenneth Ave., Lakewood Ohio, phone 228-9069. He wished to verify the death of his brother and stated he was on his way to his brother's home.

SCENE    2196 Fairhill Rd., is the site of FAIRMOUNT OUT RATE STORE, a small delicatessen type store on the West side of Fairhill on the corner of Petrarca Ave. The body was in place on the side walk, lying on his back, in fron of the doorway to the store. The head was touching the brick building next to the door jamb. left arm extended palm up a t his side. head tilted slightly to the left. Right hand palm up was under the lower portion of his bod y. Right leg pointed in a S.W direction in astraight line with his torso. The left leg was bent at the knee touching the sidewalk.

VICTIM'S AUTO    Found parked at the curb in front of the store just S. of the doorway was
TOWED    the victim s auto a 1970 Dodge Sedan, Bronze color unlocked, bearing Ohio license LK-321. The auto contained a gents. cloth white storm coat, on the rear seat. This auto was towed via Police Tow to lot #1 Also found on the rear seat was a piece of brown leather about four inches long which appeared to have been sewn to another object, the leather appeared to be a strap of ( could have been from his missing brief case.).

INVESTIGATION    On entering the store observed a large pool of blood on the floor between the counter and the meat cooler on the S. portion of the store. This blood was from the shooting victim in the store, one ANN ROBINSON, C,F,M, of 10726 Cedar Ave., Up, 791-2032 the owner's wife, who was tending the store at the time of this crime. Also observed what appeared to be a

CONTINUED PAGE #3                    C OF C 71 – 10

INVESTIGATING OFFICERS    Eugene Turpy 1370    PLATOON    CAR    APPROVED BY

WEATHER  ☐ CLEAR ☐ RAIN  ☐ CLOUDY ☐ SNOW  TEMP____ °  WIND____    ☐ A. I. U. ☐ REQUESTED    ☐ ON SCENE
                                                                    ☐ S. I. U. ☐ NOT REQUESTED

ASSIGNMENT RECEIVED FROM:    TIME ASSIGNED _____
☐ RADIO ☐ DISTRICT ☐ DET. BUR. ☐ OTHER    COMPLETED

CLE-0115

DAED BODY SU PLEMENTARY RE ORT
SUSPECTED HOMICIDE CLEVELAND POLICE DEPARTMENT

DATE OF THIS REPORT: MAY 19th 1975

COMPLAINT NO. 3 1 2 5 5

| SUBJECT or CRIME | | | | | | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|---|---|---|
| COMPANY OR OWNER | ADDRESS | | PHONE | | | | | | |
| VICTIM HARRY FRANKS | ADDRESS | | PHONE | | | | | | |
| ADDRESS OF OCCURRENCE | TYPE OF PLACE | | | | ZONE | | | | |
| TIME OF OCCURRENCE | DATE OF OCCURRENCE | | | DAY OF WEEK | | | | | |
| SECURED BY | ADDRESS | PHONE | TIME | DAY | DATE | | | | |
| DISCOVERED BY | ADDRESS | PHONE | TIME | DAY | DATE | | | | |

PAGE 3 OF 5 PAGE REPORT.

ORIGINAL REPORT

FOLLOW-UP REPORT ☐

bullet hole in the lower portion of the left door glass. The suspects apparently fired a shot through the glass and struck the owners wife in the neck as she came towards the door from behind the counter inside of the store. Also found a paper cup on the counter, this cup had been in the hand of one of the suspects, same apparently contained a soft drink which had been thrown into the victim's face prior to the shooting. Same turned over to S.I.U. for a check of possible prints. Crime scene photos taken of the body in place outside of the store, victim's auto parked in front of the store, and the interior of the store and the hole in the glass of the entrance door to the store.

During our interview of the below listed witness to this crime learned the following; The two afore mentioned suspects were outside of the store drinking a soft drink from a cup. The victim parked his auto and entered the store to pick up any Money Order business. MRS. ANN ROBINSON who was present in the store at that time had not conducted any Money Ord er bus iness since the last visit of the victim. Learned the victim made a stop at the store every Monday afternoon . As the victim was leaving the store a female customer entered and ordered s ome por k skins. As she was being waited on the vict im left the store and was jumped by the two suspects who appeared to beat him and then s hot him, and took his brown brief case previously mentioned. When the owner's wife heard the shots, she started for the door and was shot in the neck, the suspect(s) shooting through the glass in the door.

INTERVIEWS

TIM BRZUSKI, W,M,M, 27 yrs, of 2717 Russell Ave., Parma Ohio, 398-4466 an Ohio Bell employee. He stated he was driving his van truck ( obt.), East on Cedar Ave., and was stopped in traffic at Fairhill attempting to turn South on Fairhill. He first noticed the two col. suspects apprently tussling with the victim. He then heard two shots then realized the two col. males were robbing the victim. BRZUSKI then // drove his truck into the gas station on the c ornor of Fairhill and Cedar and called Police. He stated he didn't see any weapons in the hands of the suspects and he was only able to state one of the suspects had a med. Afro hair doo.

ROBERT ROBINSON, owner of the store, husband to the shooting victim inside of the store. H e stated he he was not in the store at the time the crime occured. Stated the victim came to the store every Monday afternoon to pick up the Money Order business. This week there was no Money Orders sold at the store. ROBINSON also pointed out the victim's auto which was parked in front of the store.

CHARLES LOFER, C,M, residence 2196 Fairhill Rd., ( this subject was interviewed by both DET. BANKHEAD and PTL. GOV. FOUST who was on the scene).

CONTINUED PAGE 4

C OF C 71 – 10

INVESTIGATING OFFICERS: 1370

PLATOON | CAR | APPROVED BY

WEATHER ☑ CLEAR ☐ RAIN ☑ CLOUDY ☐ SNOW  TEMP ___°  WIND ___

☐ A. I. U. ☐ REQUESTED
☐ S. I. U. ☐ NOT REQUESTED
☐ ON SCENE

ASSIGNMENT RECEIVED FROM:
☐ RADIO ☐ DISTRICT ☐ DET. BUR. ☐ OTHER

TIME ASSIGNED. ___
COMPLETED

CLE-0116

# SU'PLEMENTARY RE ORT

DEAD BODY  
SUSPECTED HOMICIDE  CLEVELAND POLICE DEPARTMENT  

SUBJECT or CRIME  
DATE OF THIS REPORT __MAY 19 1975__  

COMPLAINT NO. 3 1 2 5 5

| COMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| VICTIM  HARRY FRANKS | ADDRESS | PHONE | | | | |

| ADDRESS OF OCCURRENCE | TYPE OF PLACE | ZONE |
|---|---|---|

| TIME OF OCCURRENCE | DATE OF OCCURRENCE | DAY OF WEEK |
|---|---|---|

| SECURED BY | ADDRESS | PHONE | TIME | DAY | DATE |
|---|---|---|---|---|---|

| DISCOVERED BY | ADDRESS | PHONE | TIME | DAY | DATE |
|---|---|---|---|---|---|

PAGE 4 OF 5 PAGE REPORT.  ORIGINAL REPORT  FOLLOW-UP REPORT ☐

This subject appeared shaken up and didn't want to be interviewed by persons who appeared to be Police Officers or Detectives. PTL. FOUST off duty, offered to interview this witness, and conveyed the following information to this officer; LOPER who was seated on his front porch next to the stor e saw two col. males accost the victim as he came from the store. They appear d to beat him with an object, a piece of pipe. One of the suspects was armed with what appeared to be a 38 cal. revolver. This suspect fired three shots at the victim and then both took a tan color ed brief case from him and ran South on Petrarca Ave. THIS WITNESS SHOULD be again interviewed for more detailed information.

CLARENCE JACKSON, C,M, sep., of 7218 Euclid Ave., no phone, employed at the FAIRMOUNT CUT RATE STORE, the scene of this crime. H e stated the victim had come into the store as is his usual custom on Monday Afternoon to pick up the Money Order business. As the victim was leaving the store a female customer came in and ordered some pork rinds. As he and MRS. ROBINSON were behind the counter in the front part of the store, he was to the r ight of MRS. ROB INSON and at that time he heard two shots. At this time MRS. ROBINSON said OH MY GOD THEIR ROBBING HIM, and she ran from behind the counter towards the front door. as she turned towards the door //// he heard another shot and MRS. ROBINSON fell backward to the floor, shot in the neck. JACKSON stated he dropped to the floor behind the counter and didn't see the suspects.

KAREN SMITH, C,F, 16 yrs, of 10810 Colonial Ave., 421-7898, ( the customer who came in to the store as the victim was leaving. She stated a she came up to the store, she observed two col. males leaning against t store brick wall, drinking from a paper cup. As she came close she look at then expecting them to make some remark to her. The two males made no comment and she entered the store. Inside the store she observed the victim standing at the counter talking with MRS. ROBINSON. The victim then turned, went out the door, a few secon later she heard one shot then another and she started running to the back of the stor e. S then heard the third shot.

Fr om Ptl. PETRO, learned an off duty Det. from the Auto Theft Bureau, one WILLIAM TELL, had received information from an a possible witness, unknown at this time, that the suspects entere d an auto bearing Ohio CC-920. This auto listed to one ROBERT STAMPLER, of 5036 H uron Rd., for a 1972 Buick auto. Also lea rned the two suspects in this crime are possibly responsible for s everal Armed Robberies in the vicinity of E. 105 & Euclid/ Cedar. These robberies are presently being investigated by Gen. Duty Day Platoon

Continued page # 5

C OF C 71 - 10

| INVESTIGATING OFFICERS | PLATOON | CAR | APPROVED BY |
|---|---|---|---|
| 1370 | | | |

WEATHER ☐ CLEAR ☐ RAIN ☑ CLOUDY ☐ SNOW  TEMP ___ ° WIND ___  
☐ A. I. U. ☐ REQUESTED  
☐ S. I. U. ☐ NOT REQUESTED  
☐ ON SCENE

ASSIGNMENT RECEIVED FROM:  
☐ RADIO ☐ DISTRICT ☐ DET. BUR. ☐ OTHER  

TIME ASSIGNED. ___  
COMPLETED ___

CLE-0117

# SUPPLEMENTARY REPORT

## CLEVELAND POLICE DEPARTMENT

| SUBJECT or CRIME | DEAD BODY SUSPECTED HOMICIDE | DATE OF THIS REPORT | MAY 19 1975 | COMPLAINT NO. 31255 |
|---|---|---|---|---|

| COMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| | | | | | | |

| VICTIM HARRY FRANKS | ADDRESS | PHONE | | | | |
|---|---|---|---|---|---|---|

| ADDRESS OF OCCURRENCE | TYPE OF PLACE | ZONE |
|---|---|---|

| TIME OF OCCURRENCE | DATE OF OCCURRENCE | DAY OF WEEK |
|---|---|---|

| SECURED BY | ADDRESS | PHONE | TIME | DAY | DATE |
|---|---|---|---|---|---|

| DISCOVERED BY | ADDRESS | PHONE | TIME | DAY | DATE |
|---|---|---|---|---|---|

PAGE 5 OF 5 PAGE REPORT.      ORIGINAL REPORT      FOLLOW-UP REPORT ☐

VICTIM'S PROPERTY;    Same consisted of a white and yellow gold BENRUS wristwatch with a stretch band.  A white/ yellow gold wedding band, ( no s tone), four keys on a keychain with two medals attached.  Gents wallet with several credit cards and cash $26.00

A record check on the listed owner of the aforementioned CC- 920, one ~~ROBERT/JOSEPH~~ ROBERT JOSEPH STAMPLER,  W,M, dob 10/9/30, of 13904 Castalia Ave., shows one traffic arrest  in 1964.

Referral  reports made - AGGRAVATED ROBBERY - HARRY FRANKS comp . # 31257, also FELONIOUS ASSAULT ( Shooting), ANN ROBINSON, comp. # 31256

REQUEST CHAS. LOPER C,M, of 2196 Fairhill Ave.,  be again interviewed relative to the description of the suspects and be shown photos.  Also contact DET. WILLIAM TELL of the Auto Theft Unit relative to the information he obtained  on suspects auto CC-920.

Checked with LAKESIDE HOSP. on the condition of  ANN  ROBINSON who had been c onveyed by members of #511 first car on the scene.  Found she was still in s urgery and her condition was satisfactory  with a gun shot wound in the neck.

Terpay / Farmer

C OF C 71 – 10

| INVESTIGATING OFFICERS | | PLATOON Aft. | CAR 9238 | APPROVED BY |
|---|---|---|---|---|

| WEATHER | ☒ CLEAR ☐ CLOUDY  ☐ RAIN ☐ SNOW  TEMP 80° WIND calm | ☐ A.I.U. ☒ S.I.U.  ☒ REQUESTED ☐ NOT REQUESTED | ☒ ON SCENE |
|---|---|---|---|

| ASSIGNMENT RECEIVED FROM: ☐ RADIO ☐ DISTRICT ☒ DET. BUR. ☐ OTHER | TIME ASSIGNED 4:03 P.M. 5/18/75 COMPLETED 11:00 P.M. 5/18/75 |
|---|---|

CLE-0118