# CLASS 1 SUPLEMENTARY REORT

### CLEVELAND POLICE DEPARTMENT

| SUBJECT or CRIME HOMICIDE | DATE OF THIS REPORT AY 25 1975 | COMPLAINT NO. 3 1 2 5 5 |
|---|---|---|

| COMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|

| VICTIM HARRY J. FRANKS | ADDRESS AVON OHIO 35283 KELLER DR. | PHONE 967-3563 | | | | |
|---|---|---|---|---|---|---|

| ADDRESS OF OCCURRENCE 2198 FAIRHILL RD. | TYPE OF PLACE ST EWALK T | ZONE 25 |
|---|---|---|

| TIME OF OCCURRENCE 3:54 PM | DATE OF OCCURRENCE MAY 19th 1975 | DAY OF WEEK MONDAY |
|---|---|---|

| SECURED BY | ADDRESS | PHONE | TIME | DAY | DATE |
|---|---|---|---|---|---|

| DISCOVERED BY | ADDRESS | PHONE | TIME | DAY | DATE |
|---|---|---|---|---|---|

PAGE 1 OF PAGE REPORT.                                FOLLOW-UP REPORT ☐ XXX

At 5:45 AM in company with DET TER AY on car 9238 fruther investigated the above homicide we were assisted by the following cars - 516 Patrolmen ROLF 2180 - ANDRE 64 - Car 513 PATROLMEN PERRY 2096 - SCOTT 553 Car 525 - PATROLMEN MURRAY -#507 - LYLE #2099 -Car 526 Patrolmen STWEART #1675 - GETTINS #2491 - We were also assisted by DET HANKLAND.

At 10611 ARTHUR AVE., effected the arrest of the following::

RICKY JACKSON  DOB-2-7-57 of 10522 ARTHUR AVE. SS# ███████  M-13839

WILEY BRIDGEMAN  DOB-9-21-54 of 10611 ARTHUR AVE. SS# ███████  #145346

RONNIE PATRICK BRIDGEMAN  DOB 10-25-57 of 10611 ARTHUR AVE. Mother BESSIE Father HI ATHA

We also towed CC-5679 1971 Plymouth White with Black top, which has been operated recently by ILEY BRIDGEMA for delinquent parking tickets. This Auto is list to ELIZABETH WALTON of 1302 E-13 apt #415. POLICE TOW.

Request a statement from EDWARD JAMES VERNON of 2226 E-108th St., (421-0389) this is the thirteen year old juvenile that has provided the information as to who was involved, he was an eye witness to the Homicide and Robbery and very good friend of the Store owners. We also request a lineup with this witness and photograph shown of the arrested males to ANN ROBINSON who is confined at LAKESIDE HOSPITAL.

We would also suggest a statement from KAREN SMITH of 10810 Colonial (421-7898) possile a lineup as this witness walked y the males before entering the store. She was present in the stor when the shooting occurred.

RONNIE BRIDGEMAN who is seventeen years old is being transferred to the ~~XENLIXK DANISANIAN~~ Detention Home, it has not been determined at this time if this juvenile was in the car or present at the time of the Homicide and Robbery.

DET S FARMER LRY                                                    C OF C 71 - 10

| INVESTIGATING OFFICERS  646 47 | PLATOON AFT | CAR 9238 | APPROVED BY |
|---|---|---|---|

| WEATHER ☐ CLEAR ☐ RAIN ☐ CLOUDY ☐ SNOW TEMP____° WIND____ | ☐ A. I. U. ☐ REQUESTED ☐ S. I. U. ☐ NOT REQUESTED | ☐ ON SCENE |
|---|---|---|

| ASSIGNMENT RECEIVED FROM: RADIO ☐ DISTRICT ☐ DET. BUR. ☐ OTHER | TIME ASSIGNED____ COMPLETED | EXHIBIT 14 |
|---|---|---|