IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

RICKY JACKSON,                )
          Plaintiff,          )
   vs.                        )  CASE NO. 1:15-CV-00989
CITY OF CLEVELAND, et         )  JUDGE CHRISTOPHER A.
al.,                          )  BOYKO
          Defendants.         )  _____
_____  )
                              )
KWAME AJAMU, et al.,          )
          Plaintiff,          )
   vs.                        )  CASE NO. 1:15-CV-01320
CITY OF CLEVELAND, et         )  JUDGE CHRISTOPHER A.
al.,                          )  BOYKO
          Defendants.         )

     Videotaped deposition of WILEY E. BRIDGEMAN, a Plaintiff herein, called by the Defendants for Examination pursuant to the Federal Rules of Civil Procedure, taken before me, the undersigned, Stephanie R. Dean, a Registered Professional Reporter and Notary Public in and for the State of Ohio, pursuant to Notice and agreement of counsel at the law offices of Roetzel & Andress, LPA, One Cleveland Center, 10th Floor, 1375 East Ninth Street, Cleveland, Ohio, on Thursday, the 30th day of June, 2016, commencing at 10:30 a.m.
                              - - -

65

sitting back, you know, and the next thing you know here comes the police all around the door, knocking on the door.  I go to open the door and they just pushed it on in.  Man, I don't know, man.  They didn't have no warrant, though.  They said they had probable cause.

Q.   At that point what did they say to you?

A.   They took us away really, man.  They didn't say nothing to us really.  They give you your rights, you know, you got the right to remain silent.

Q.   So they immediately placed you under arrest?

A.   Yes.

Q.   Handcuffed you?

A.   Huh?

Q.   Handcuffed you?

A.   Yes, they handcuffed us, put us in the police car in the back.

Q.   And they also handcuffed Ricky Jackson?

A.   Yes.

Q.   And so you were able to observe that?

A.   I was the first one they took.  You know, they had Ricky holding him in the living room because I was behind the door.  They didn't know

66

where I was at first, and then they finally found me, and then they took me out first and he was there.  They took us to separate cars.

Q.   Was it a uniformed police officer who --

A.   Uniform police officers were there, but this was Detective Terpay and -- Eugene Terpay and Dan Farmer, they were the detectives.

Q.   I know, but who actually put you under arrest?  Who actually handcuffed you?

A.   Eugene Terpay.  Eugene Terpay is the one who handled me and he had a policeman with him.

Q.   And at that point, though, you didn't know -- you didn't recognize Eugene Terpay.

A.   No, I had no way of knowing him, no.

Q.   And how do you know that that was Eugene Terpay then?

A.   I didn't forget him.  That's all it was, and he testified in court.

Q.   And what did he say to you?

A.   "You're under arrest."

Q.   Did you understand at that point you were being arrested in connection with the --

A.   They weren't trying to tell us all that. You know, the police don't do all that, you know.  They took us to jail.  We find out all

67

that in the county jail.

Q.   But they did read you your rights?

A.   Yeah, they gave us our rights.

Q.   And you didn't say anything to them?

A.   I did, but they won't tell you.

Q.   And at the time of your arrest, was there any use of any force other than handcuffing you and putting you into custody?

A.   I mean, you're pushed around and thumped around, but it's nothing that really make -- as far as an arrest is concerned.  Sometimes you get arrested and that's all that was.

Q.   Did you see them use any force with respect to Ricky Jackson?

A.   Yes, after the fact in the county jail.

Q.   I'm talking about at the time of the arrest, did you observe anything?

A.   No.  The only thing happened like that at the time of the arrest is when we got to the city jail on 21st and Payne, I was getting out of the car and the police slammed the door on me.  Now that's the only thing that happened.  I got a medical record in the county jail where I had swelled up between the legs, the groin area. I have a medical record for that.