THE STATE OF OHIO,  )
         ),  SS:  35725 Angelotta, J.
COUNTY OF CUYAHOGA. )

IN THE COURT OF COMMON PLEAS

(POSTED)

CRIMINAL BRANCH

THE STATE OF OHIO,   35725

       Plaintiff,     )

             20578

    -vs-        Case No. CR 20578

RONNIE BRIDGEMAN,

       Defendant.   

FILED
APR 19 1976
GERALD E. FUERST
CLERK OF COURTS
CUYAHOGA COUNTY, OHIO

DEFENDANT'S TRANSCRIPT OF PROCEEDINGS

$n$ - 975

APPEARANCES:

    On behalf of the State of Oh:

FILED
COURT OF APPEALS
APR 1 - 1976
GERALD E. FUERST
CLERK OF COURTS
CUYAHOGA COUNTY, OHIO

      Charles Mathay
      James Sweeney

    On behalf of the Defendant:

SHELF DC

      Thomas Shaughnessy
      Samuel Agnello

          VOLUME 1 of 3

Thomas C. Walters
Official Court Reporter
Cuyahoga County , Ohio

EXHIBIT 17

JACKSON 001830

STATE OF OHIO,  )
      ))  SS:  Angelotta, J.
COUNTY OF CUYAHOGA. )


IN THE COURT OF COMMON PLEAS

(CRIMINAL DIVISION)


— — — —


STATE OF OHIO.   )
       )
    Plaintiff, )
       )
       )
  vs.    )  Case No. CR 20578
       )
       )
RONNIE BRIDGEMAN  )
       )
    Defendant. )


— — — — —


DEFENDANT'S TRANSCRIPT OF PROCEEDINGS


— — — — —


BE IT REMEMBERED that this cause came on to be heard in the September A.D. 1975 Term of this Court, to-wit, September 22, 1975  in Courtroom No. 10 before the Honorable Judge John J. Angelotta, one of the Judges of said Court.


— — — —

JACKSON 001831

I N D E X

WITNESSES:

*George Borneman — 31*

*Earl Rodgers — 38*

STATE'S

*Patrolman Schlund — 44*

| | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Clarence Jackson | 48 | 54 | 57 | 57 |
| Edward James Vernon | 59 | 96 | 200 | 225 |
| Charles Loper | 242 | 248 | -- | |
| Frank Acierno | 254 | 260 | 266 | -- |
| Robert Hassel | 267 | 271 | 275 | 276 |
| Anna Robinson | 280 | 297 | 306 | -- -- |
| Stanley Marvin | 330 | 336 | -- | -- |
| Dr. Charles Hirsch | 332 *342* | 353 | 354 | -- |
| Sue Vernon | 357 | -- | -- | -- |
| Detective Terpay | 407 | 425 | 454 | 458 |
| Karen Smith | 481 | 488 | 508 | -- |
| Kim Teresa Dickson | 511 | 527 | -- | -- |
| Carl Ferraro | 557 | 563 | -- | -- |
| Ronnie Patrick Bridgeman | 584 | 610 | 667 | 670 |
| ✓ Thomas Hall | 672 | 685 | -- | -- |
| ✓ Darlene Vernon | 743 | 748 | 756 | 758 |
| Marcus Williams | 764 | 768 | 777 | 777 |
| Mary Jordan | 779 | 799 | -- | -- |

*Mr. Robinson's testimony is missing?*

OFFICIAL COURT REPORTERS
Court of Common Pleas
Cuyahoga County, Ohio

JACKSON 001832

EXHIBITS

| STATE'S | Marked | Received |
|---|---|---|
| 1.   Signed statement | 207 | |
| 2 & 3 | 257 | 468 |
| 4 | 270 | 468 |
| 5 & 6 | 288 | 468 |
| 7, 8, 9 & 10 | 332 | 468 |
| 11 - 13 | 336 | 469 |
| 14 | 620 | Withdrawn 622 |

OFFICIAL COURT REPORTERS
Court of Common Pleas
Cuyahoga County, Ohio

JACKSON 001833

it anyway.

Q    Would you like to have that marked as State's Exhibit No. 1?

> (State's Exhibit No. 1
>
> marked for identifica-
>
> tion.)

Is that your signature at the bottom of this sheet of paper?

A    Yes.

Q    Is that the same statement that you signed at the police station that time?

A    Yes.

> MR. MATHAY:         At this time, I would like to offer this into evidence as State's Exhibit No. 1.
>
> THE COURT:         Mr. Shaughnessy?
>
> MR. SHAUGHNESSY:         We will object.
>
> THE COURT:         The Court will withhold ruling.

BY MR. MATHAY:

Q    And now Mr. Shaughnessy made a display up here about the lineup and do you remember that showing -- him showing you how they move around in this lineup?

A    Yes.

Q    And when that lineup was going on, where were you

JACKSON 002035

Q    What was the next thing that you did in your investigation?

A    We then requested that A Platoon take all the facts that we had gathered and get search warrants for the two homes on Arthur Avenue.  Also that they make a search and attempt to arrest the suspects as we knew them at that time.

Q    And you attempted to obtain a search warrant?

A    Yes, we did.

Q    And were you successful with that?

A    Apparently not, the prosecutor's office didn't issue them.

Q    And that would be the city prosecutor?

A    City prosecutor.

Q    What was the next thing that occurred that --

A    Well, Saturday, Detective Farmer and we -- we went out working and came back approximately at midnight, Saturday and organized a party to make the search both at 10522 and 10611 Arthur and just about daybreak -- it was at daybreak -- five in the morning, Sunday morning.

Q    What did that entail?

A    We took two detective cars and took four or six zone cars with us and Detective Farmer and myself and three uniform officers went to 10622 and

JACKSON 002247

Detective Staimpel with six uniformed officers went to 10611 Arthur and we both went to the addresses simultaneously.

Q     Who lived at 10522?

A     That was the residence of Ricky Jackson.

Q     Who lived at the address?

A     Wylie Bridgeman.

Q     What happened at 10522?

A     Yes.

Q     What happened?

A     We were admitted into the home there and there wasn't any objection to us searching for Ricky Jackson and Ricky Jackson was not in the home.

Q     What happened after you --

A     After we found Ricky Jackson wasn't there we walked up to 10611 and at that time we learned that Ricky Jackson was arrested by Detective Staimpel and his partner.

Q     And Ricky Jackson was placed under arrest?

A     Yes.

Q     What was the next thing that you did?

A     Well, we learned from the initial search of the house at 10611 Arthur that it failed to -- failed to locate Wylie Bridgeman and while I was out on the street making arrangements with the

JACKSON 002248