The State of Ohio,      )
                        )  SS:                    ZINGALE, J.
County of Cuyahoga,     )    $93461

FILED
COURT OF APPEALS
SEP 15 1978
GERALD E. FUERST
CLERK OF COURTS
CUYAHOGA COUNTY, OHIO

IN THE COURT OF COMMON PLEAS

(CRIMINAL BRANCH)

- - -

THE STATE OF OHIO,              )
                                )
                Plaintiff,      )
                                )
        vs.                     )        No. CR-20,436-A
                                )
WILEY E. BRIDGEMAN,             )
                                )        20436
                Defendant.      )

- - -

DEFENDANT'S TRANSCRIPT OF PROCEEDINGS

- - -

APPEARANCES:

On behalf of the State of Ohio:

JOHN T. CORRIGAN, County Prosecutor, by:

        James Sweeney and
        Dominic Del Balso,
                Assistant County Prosecutors

On behalf of the Defendant:

        Jerry Milano, Esq.

        Daniel R. McCarthy, Esq.

- - -

Philip A. Trombetto
Official Court Reporter
Cuyahoga County, Ohio

EXHIBIT 18

JACKSON 003421

I N D E X

2

TUESDAY, October 4, 1977 PROCEEDINGS:

Page

Pre-trial hearing on defense motion requesting
discovery proceedings,                                          4

Plaintiff's motion in limine as to use of police
reports on cross-examination,                                  35

                                COURT'S RULING                 36

          (Empaneling of jury begun in afternoon.)


WEDNESDAY, October 5, 1977 PROCEEDINGS:

          (Empaneling of jury completed and jury of
          twelve plus two alternate jurors were
          duly sworn.)

          (At 1:30 p.m., jury view of alleged
           crime scene.)

Court's general instructions to jury as to trial
proceedings,                                                   44


DEFENDANT'S MOTION:

          by Mr. Milano, to declare mistrial,                 51

                                COURT'S RULING                 51

                          - - -

JACKSON 003422

FRI
10-7
-11

144

I N D E X

| WITNESSES | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Dr. Charles Hirsch | 145 | 159 | | |
| Charles Loper (read into record) | 165 | 173 | 182 | |
| Robert Stewart Hassel | 184 | 190 221 | | |
| James Cannon (read into record) | 197 | 204 | | |
| Clarence Jackson | 227 | 230 | | |
| Robert Robinson | 231 | 253 | 292 | 294 |

| STATE'S EXHIBIT | Identified | Admitted |
|---|---|---|
| 9-A thru 9-D  -  photographs bearing coroner's identification number 158124, | 155 | |

| DEFENDANT'S MOTIONS | Page |
|---|---|
| By Mr. Milano, to declare mistrial, | 258 |
| COURT'S RULING, | 263 |
| By Mr. Milano, as to "entire testimony of Robert Robinson," etc., | 286 |
| COURT'S RULING, | 289 |

- - -

wed
11-12
-77

I N D E X

482

| WITNESSES | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Eugene Terpay (resumed) | | 483 | 512 | 514 |
| Angela Anita Bennett | 538 | 547 | | |
| John Staimpel | 564 | 569 | 577 | |

| STATE'S EXHIBITS | Identified | Admitted | Page |
|---|---|---|---|
| 1 through 7 - photographs of crime scene, (admitted by agreement), | (82) | 515 | |
| 8-A thru 8-G - notes written by Mrs. Robinson (re-marked as Court Exhibit) offered, Court's ruling, | (126) | | 515<br>516 |
| 9-A thru 9-C - photographs bearing coroner's identification number 158124, | (155) | 517 | |
| 9-D - coroner's photograph (rejected) | (155) | | 518 |
| 10 - 5-21-75 statement, E. Vernon, | (336) | | 519 |

DEFENDANT'S EXHIBITS

| A, B and C - school records, E. Vernon, | (344-345) | 581 |

DEFENDANT'S MOTIONS

By Mr. Milano, as to instruction to jury to disregard testimony as to cup,                                     519
                                         Court's ruling,    521
By Mr. McCarthy, for judgment of acquittal,                 521
                                         Court's ruling,    536
By Mr. Milano, for mistrials,                          609, 611
                                         Court's ruling,    611

Hearing on regard to defense objection to                    573
testimony in regard to lineup,          Court's ruling,      575

COURT'S CHARGE TO JURY                                       584

- - -

JACKSON 003424

tues
10-11
-77

I N D E X                                                              297

| WITNESSES | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Frank Muhlhan | 298 | 303 | 307 | 307 |
| Edward Vernon | 308 | 341 | 421 450 | 445 453 |
| Eugene Terpay | 454 | 481 | | |

| STATES EXHIBIT | Identified | Admitted |
|---|---|---|
| 10 - 5-21-75 statement, E. Vernon, | 336 | |

| DEFENDANT'S EXHIBITS | | |
|---|---|---|
| A - school record, E. Vernon | 344 | |
| B - school record, E. Vernon | 344 | |
| C - school record, E. Vernon | 345 | |

| DEFENDANT'S MOTION: | Page |
|---|---|
| By Mr. Milano, to declare mistrial, | 444 |
| Court's ruling, | 444 |

- - -

JACKSON 003425

335

Wiley Bridgeman and Ricky Jackson?

A.    Yeah.

Q.    Do you remember how many people were waiting?

A.    Well, I don't quite remember, but it was quite a few waiting.

Q.    And it was at this location that you pointed these two fellows out?

A.    Yes.

Q.    And who did you point them out to?

A.    To --

Q.    Was that the detectives or the police?

A.    The policeman who came and got me.

Q.    I see.

How soon after this lineup was held did you see these fellows making or attempting to make a telephone call at the police station?

A.    Couple of minutes.

Q.    Just a couple of minutes?

A.    Yes.

Q.    Now, after that lineup procedure, did you have an occasion to make a written statement to the police?

A.    Yes.

Q.    Okay.   Now, you spoke to the police; is that correct?

A.    Yes.

Q.    And you gave them your statement as to what you

336

observed; is that correct?

A.     Yes.

Q.     And did you, in fact, sign that statement?

A.     Yes.

                    MR. DEL BALSO:          The State would request that this be marked for identification purposes as State's Exhibit No. 10.

                              (State's Exhibit No. 10 was marked for identification.)

Q.     Eddie, handing you what has been marked for purposes of identification as State's Exhibit No. 10.

       Would you examine this document?

A.     Yes.

Q.     Have you ever seen that document before?

A.     Yes.

Q.     And does a date appear on that document, when it was taken?

A.     Yes.

Q.     And what date was that?

A.     The 21st of May.

Q.     And what year was that?

A.     '75.

Q.     Does your signature appear anywhere on that statement?

A.     Yes.

Q.     And where on the statement?

JACKSON 003759

337

A.       At the bottom.

Q.       Could you look through your statement, if you will, for a few minutes?

A.       Yes.

            MR. MILANO:            Objection at this time.

            THE COURT:            Well, he's looking at it.   I'm going to overrule the objection. He hasn't used it.

Q.       (By Mr. Del Balso)   Now, you have read the statement that you gave to the police on the 25th of May, 1975?

A.       Yes.

Q.       And is there anything different in that statement from what you told them on that date, to what you testified to here today in court?

A.       Yes.

            MR. MILANO:            Objection, Judge.

            THE COURT:            Sustained.

            MR. MILANO:            At this time, it is an objection.

            THE COURT:            I agree, and I have sustained it.

            MR. DEL BALSO:            May I have a moment, your Honor?

            THE COURT:            The jury will

JACKSON 003760

511

MR. SWEENEY:        Objection.

THE COURT:        Sustained.

The jury will disregard that comment.

Q.    (By Mr. Milano)   In your search of these homes, did you find a briefcase?

A.    No, sir.

Q.    Did you find any guns?

A.    No, sir.

Q.    Did you find any money order blanks?

A.    No, sir.

Q.    Cash?

A.    We weren't looking for cash.

Q.    Well, you weren't looking for it -- I didn't ask you that.  Did you find any cash?

MR. SWEENEY:        Objection to the comment by counsel.

THE COURT:        Well --

Q.    Did you find any cash?

A.    No, sir.

Q.    Did you find anything that belonged to Mr. Franks?

A.    No, sir.

MR. MILANO:        Thank you.

MR. McCARTHY:        Jerry --

MR. MILANO:        Just a minute, Judge.  Thank you.  That's all.

JACKSON 003939