HOMICIDE **CLASS I** SU PLEMENTARY RE ORT

SUBJECT or CRIME

CLEVELAND POLICE DEPARTMENT

DATE OF THIS REPORT MAY 25, 1975

COMPLAINT NO. #31255

| COMPANY OR OWNER | ADDRESS | PHONE | . | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|---|
| VICTIM HARRY J. FRANKS | ADDRESS AVON, OHIO 35283 KELLER DR | PHONE 967-6546 | | 59 | M | W | M |

TYPE OF PLACE ZONE

ADDRESS OF OCCURRENCE 2196 FAIRHILL RD    SIDEWALK IN FRONT OF STORE    #525

| TIME OF OCCURRENCE | DATE OF OCCURRENCE | | | DAY OF WEEK | |
|---|---|---|---|---|---|
| 3:54 P.M. | MAY 19, 1975 | | | MONDAY | |

| SECURED BY | ADDRESS | PHONE | TIME | DAY | DATE |
|---|---|---|---|---|---|
| | | | | | |
| DISCOVERED BY | ADDRESS | PHONE | TIME | DAY | DATE |

PAGE 1 OF 1 PAGE REPORT.                    FOLLOW-UP REPORT XXX

Assigned to car #9237 in company with Detective Staimpel further investigated the above crime.

Conveyed witnesses EDWARD JAM S VERNON C-M-13-S of 2206 E. 108 st 421-0389 and KAREN SMITH of 10810 Colonial ave 421-7898 to the Detective Bureau for purposes of a line up.

A line up was conducted by Sgt White of the Detective Bureau. The line up consisted of seven colored males included RICKY JACKSON C-M-18-S of 10522 Arthur ave and WILEY BRIDGMAN C-M-20-S of 10611 Arthur ave. Witness KAREN SMITH viewed the line up and was unable to make any picks. The second witness EDWARD VERNON viewed the line up and was silent after SGT WHITE asked if he reconized any of the males. After leaving the line up room EDWARD VERNON stated that the male standing in number one position he knows as BUDDY this male in this position was WILEY BRIDGEMAN and the male in number seven position was RICKY JACKSON. He stated that thereason he remained silent was that he was very afraid of these males. He further stated that WILEY BRIDGEMAN (BUDDY) was the driver of the auto a BLUE PONTIAC BONNIEVILLE CONVERTABLE. This auto was parked on Petraca near Frank Ave. RICKYJACKSON was the male that shot the victim and a colored male by the name of VINCENT grabbed the victims brief case and ran to the waiting auto. EDWARD VERNON describes VINCENT as Colored male 18-19yrs a little taller then RICKY and this male lives in the vicinity of Arthur ave.

A statement was taken from EDWARD VERNON at the Detective Bureau.

Also included in the line up was ISHMAEL CARL HIXSON C-M-23-S of 10010 Hulda ave d.o.b. 11-6-51 C.P.D. 141477. Both of the above witnesses were unable to pick this male in the line up. A photo was shown to the witnesses after the line up of ISHMAEL CARL HIXSON along with other photos NO PICKS.

Questioned EDWARD VERNON further and he stated that the male known to him as VINCENT, LNU may be a brother or a cousin to arrested male WILEY BRIDGEMAN. Record check reveals a HIAWATHA HOWARD BRIDGEMAN C.P.D. 127616 d.o.b. 1-24-49 a.k.a. COFFEE. A photo of HIAWATHA BRIDGEMAN was shown to Edward Vernon and he stated that this was NOT VINCENT.

C OF C 71- 10

INVESTIGATING OFFICER STOIKER #880 STAIMPEL #388

PLATOON CAR APPROVED BY
Days 9237

| WEATHER | CLEAR | RAIN | | | A. I. U. | REQUESTED | ON SCENE |
|---|---|---|---|---|---|---|---|
| | CLOUDY | SNOW TEMP | ° WIND | | S. I. U. | NOT REQUESTED | |

ASSIGNMENT RECEIVED FROM:
RADIO  DISTRICT  DET. BUR.  OTHER

JACKSON 009206 NED
ASSIGNED
COMPLETED

CCPO000702

EXHIBIT 31

# SUPPLEMENTARY REPORT
## CLEVELAND POLICE DEPARTMENT

UBJECT or CRIME **HOMICIDE**

DATE OF THIS REPORT **MAY 20 1975**

COMPLAINT NO. **3 1 2 5 5**

OMPANY OR OWNER                    ADDRESS                    PHONE

| | | | | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|---|
CTIM

ADDRESS                    PHONE

**HARRY J FRANKS**    **35283 KELLER DR. (Avon)**  967-6584    **59**  **M**  **W**  **M**

DDRESS OF OCCURRENCE    TYPE OF PLACE    ZONE

**2196 FAIRHILL RD.**    **SIDEWALK**    **525**

HE OF OCCURRENCE    DATE OF OCCURRENCE    DAY OF WEEK

**3:54 PM**    **MAY 19th 1975**    **MONDAY**

CURED BY    ADDRESS    PHONE    TIME    DAY    DATE

SCOVERED BY    ADDRESS    PHONE    TIME    DAY    DATE

GE **1** OF _____ PAGE REPORT.    FOLLOW-UP REPO **XXXXXXX**

Contacted Lakeside Hospital about the condition of ANN ROBINSON and was informed by the Nursing Services that the condition was satisfactory but attending Doctor and left orders that the victim was not to be enterviewed a this time.

Learned from S.I.U that the cup found on the scene was being returned to the County Coroner's Office by orders of Dr. HIRSCH. This allegedly the cup used when the caustic solution was thrown in the face of FRANKS.

At 2196 Fairhill re-interviewed CHARLES LOPER, he can add nothing more than his original early statement. He did say that his daughter TONY has told him that her friend LIZ KILGORE has made remarks that she witnessed the robbery and shooting while getting off the bus, at the time, LIZ was supposed to be in the company of her younger brother. WE DID NOT INTERVIEW THESE SUBJECTS.

We re-interviewed ROBERT ROBINSON owner of the store and now find him to y that FRANKS was probably in store for aleast 12-15 minutes, at which time he did some business with his wife ANN ROBINSON. MR. ROBINSON firmly lieves that FRANKS had left the store and was trying to get back in when he was shot. WE NOW REMEMBER SEEING A BROWN LEATHER STRAP IN THE REAR SEAT O THE VICTIM'S AUTO. THIS COULD POSSIBLY MEAN THAT THE VICTIM DID REACH HIS AUTO AND WAS ACCOSTED AND WAS TRYING TO GET BACK IN THE STORE.

To verify this LOPER says that he saw the victim leave his Auto with the brown bag and immodiately observed the scuffle and heard the shots.

While in this area we were able to locate a young citizen who reveals hhat he was getting off the bus and walking South on Fairhill in the direction of the store and observed two (2) colored males attack the victim wih the brown bag, they threw some liquid in his face and appeared to hit hi several times with what appeared to be a stick, as the victim to the sidewalk, one of the suspects bent over him and shot twice, the other male had a gun but didn't fire, he grabbed the brown bag and ran South on Petraca, at th same time the other fired into the glass door and from his position in the bus shelter he could MRS ANN ROBINSON get struck with this shot.

DET's FARMER/TERPAY

IGATING OFFICERS    C OF C 71 - 10

647    PLATOON  CAR  APPROVED BY

ER    CLEAR    RAIN    AFT 9238

CLOUDY    SNOW    TEMP    WIND    A.I.U.    REQUESTED    ON SCENE    CCPO000722

ENT RECEIVED FROM:    JACKSON 009220    QUESTED

O    DISTRICT    DET. BUR.    OTHER    TIME ASSIGNED

# SUPPLEMENTARY REPORT
## CLEVELAND POLICE DEPARTMENT

DATE OF THIS REPORT **MAY 20 1975**

COMPLAINT NO. **3 1 2 5 5**

| | | | | |
|---|---|---|---|---|
| JBJECT or CRIME **HOMICIDE** | | | | |

OMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S

CTIM | ADDRESS | PHONE | | ZONE

**HARRY J. FRANKS**
DDRESS OF OCCURRENCE | TYPE OF PLACE

ME OF OCCURRENCE | DATE OF OCCURRENCE | DAY OF WEEK

ECURED BY | ADDRESS | PHONE | TIME | DAY | DATE

ISCOVERED BY | ADDRESS | PHONE | TIME | DAY | DATE

FOLLOW-UP REPORT XXXXX

PAGE **2** OF PAGE REPORT.

This informant then observed both suspects running South on Petraca and at the corner of Frank and Petraca enter a Dark Green Car With a Light Green Top, there was also another person in this Auto.  The Auto then turned the corner onto Frank and operate East.  This informatn stood around for a few minutes and went home, after sometime he returned to the scene and was watching the XXXXXX Police, while doing this he observed these same two (2) suspects walking North on the East side of Petraca, they stood in front of the Fairmont Floral Store at 2202 Petraca and looked at the scene for a few minutes then walked around the corner onto Fairhill and out of his sight.

THIS INFORMANT DEFINITELY STATED THAT HE CAN'T IDENTIFY BECAUSE HE DIDN'T GET A LOOK AT THE FACES AND APPEARS TO BE VERY SCARED.  WE COULD ONLY GET THIS INFORMATION AFTER PROMISING THE SUBJECT THAT HIS NAME WOULD NOT BE USED, WE ALSO FEEL THAT HE KNOWS MORE AND WILL MAKE ARRANGEMENTS TO TALK WITH HIM ON OUR NEXT TOUR.

At 10810 Colonial Ct. talked with KAREN SMITH who was in the store at the time of the shooting and furnished the original description of the suspects that she observed outside just before the shooting.  She could add nothing further about the suspects but did say that she ran to the back of the store after the shooting started and when everything got quite she tried to call the Police but finally called her mother and while waiting for her Mother to come to the store, (or about 4-5 minutes) she answered the phone and a male asked if MRS ROBINSON WAS HURT, she asked who was calling and the male voice said, what she thinks to be ERWIN, she then quit talking and hung up the Phone.

We also showed KAREN the photo of PAUL GARDENHIRE, she idetifes this male someone she has seen but not one of the suspects.  She does say that the complexion of the shorter suspect was about the same as this photo depicts.

REQUEST THE DAY PLATOON CONTACT THE OWNER OF THE FAIRMONT FLORAL STORE AT 2202 PETRACA, THIS PARTY ALLEGEDLY saw THE LICENSE NUMBER OF THE GREEN AUTO AND FURNISHED SMAE TO THE UNIFORM POLICE.  WE WERE UNABLE TO LOCATE HIM ON THIS TOUR OF DUTY.

C OF C 71 - 10

DET'S  FARMER/TERPAY

INVESTIGATING OFFICERS

#647

PLATOON | CAR | APPROVED BY
ANY | 9238

A.I.U. | REQUESTED
S.I.U. | NOT REQUESTED

ON SCENE

WEATHER  CLEAR  RAIN  CLOUDY  SNOW  TEMP  WIND

ASSIGNMENT RECEIVED FROM:
RADIO  DISTRICT  DET. BUR  OTHER

JACKSON 009227

THIS ASSIGNED
COMPLETED

CCPO000723

The following i:  ‸‷‸statement of EDWARD JAMES ‷‷‷ ; /M/S 12 DOB
6-10-62 residing at 2___‸st 108 Phone 421 0389 at‸‷‸ ‸doban School
‸ncerning the death of HARRY J. FRANKS.

EDWARD JAMES VERNON: On monday May 19,1975 at about 3:50PM I was getting off the
bus atFairhill and Patraca. I seen two guys,RICKY and VINCENT, They were at the
side of the store. They were wating. A white guy got out of his car and was walk
towards the store. When he got up to the guys VINCENT thru pop in his face, Then
VINCENT hit him with a stick. Then VINCENT tried to take a brief case from him.
Then RICKY shot him twice. The MRS ROBINSON came to the door of the store then
RICKY shot thru the door at her. Then they ran down Petraca to a car. Then I too
a good look at the car.

Q.      Showing you a photo CPD#M 12856 what can you tell us about this photo?
A.      Thats BUDDY, the Police Told me his name was WILEY BRIDGEMAN.
Q.      What part if any did BUDDY take part in this crime?
A.      He was the driver of the car.
Q.      Can you describe the auto that was used?
A.      Dark green over light green convertable about a 1969 or 69.
Q.      Showing you a photo marked #388 for identification purpose what can you
tell us about this photo?
A.      Thats RICKY and the Police told me his name is RICKY JACKSON.
Q.      What part did RICKY JACKSON play in this crime?
A.      He shot the man.
Q.      Did you see any weapons in RICKYS hand at the time of the crime?
A.      Yes,a black gun.
Q.      How many shots did RICKY fire?
A.      Three, two at the white guy and one at MRS ROBINSON.
        Did the hwite guy or MRS ROBONSON have any weapons?
,       No.
Q.      How far were you away from this incident when it happened?
A.      about twenty feet.
Q.      Did you have a clear view of what was taking place?
A.      Yes.
Q.      Today,May 25, 1975, at about 12:15PM did you view a line up of seven
colored males at the City Jail?
A.      yes.
Q.      Did you pick any of these males as being involved in this crime?
A.      No I didn't because I was scared, But the two men were number one and
number seven. Number one was BUDDY and number seven RICKY.
Q.      Are you positive that Buddy and Ricky are the same two males that
were involved in the murder?
A.       Yes, Buddy,who the Police tell me is Wiley Bridgeman, drove the car aw
with the other two males in the car after the murder. Rickey , who the Police
tell me is Rickey Jackson, is the male who shot the man and then got into the
that BUddy drove away.
Q.      How long have you known Buddy( Wiley Bridgeman) and Ricky Jackson?
A.      BUddy , about 3 years and Ricky about the same , three years. WE was
friends and I Knew them from the neighborhood , I have never had any trouble
with either of them before. The other male involved Vincent, I don't know
his last name , for about three years also, Vincent is either BUddy's cousin
or brother. I have never had any trouble with Vincent.
Q.      When did you see Buddy's( Wiley Bridgeman) face?
A.      When I was getting off the bus I was at the front door and the car
was between me and curb , I saw buddy driving the car with Vincent and Ricky
in the car with him and I waived to them , Buddy waived back to me. He turned
the corner and he turned the corner and went down a little ways and parked
the car. Then Vincent and Ricky got out of thecar, Buddy stayed in it.
Q.      Is there anything else that you care to say at this time?
A.      No.
Q.      Have you read the above JACKSON009203 is it the truth?  CCPO000729  33