IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO
CRIMINAL DIVISION

| | | |
|---|---|---|
| STATE OF OHIO | ) | CASE NO. CR 020436 |
| Plaintiff | ) | JUDGE RICHARD McMONAGLE |
| -vs- | ) | **NOTICE OF CUYAHOGA COUNTY PROSECUTOR'S INTENT AS TO DEFENDANT'S FUTURE CLAIMS** |
| RICKY JACKSON | ) | |
| Defendant | ) | |

Now comes Cuyahoga County Prosecutor Timothy J. McGinty and respectfully provides the Court with a Notice of Cuyahoga County Prosecutor's Intent as to Future Claims.

This matter affects Ricky Jackson, Wiley Bridgeman, and Ronnie Bridgman, three defendants who were tried and convicted nearly forty years ago. As recently demonstrated at a hearing in Judge Richard McMonagle's courtroom, the foundation of evidence used to convict them can no longer be relied upon due to the recantation by the witness who provided the defendants' names to the police and identified them at trial. After hearing the witness in person, his answers to vigorous cross-examination, and the major inconsistencies in his original and subsequent trial testimonies pointed out by the defense teams as well as others we noted, we are convinced that the 12 year-old key and only eye witness never saw the robbery and murder. Thus, the Cuyahoga County Prosecutor has no evidence tying any of the three convicted defendants to the crimes, considers the defendants

EXHIBIT 32

1

**JACKSON 012046**

innocent, and joins in the defense motions to declare them so. They have been victims of a terrible injustice.

In order to further justice and to avoid the unnecessary accumulation of attorney's fees on behalf of the defendants, it is the Cuyahoga County Prosecutor's position not to oppose the anticipated wrongful imprisonment claims.

Respectfully submitted,

/s/ Timothy J. McGinty
**TIMOTHY J. McGINTY (#0024626)**
**CUYAHOGA COUNTY PROSECUTOR**
**MARY H. McGRATH (#0041381)**
**SALEH S. AWADALLAH (#0063422)**
The Justice Center, 9th Floor
1200 Ontario Street
Cleveland, Ohio 44113
(216) 443-7800

2

**JACKSON 012047**