

86846716

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

STATE OF OHIO
    Plaintiff

RICKY JACKSON
    Defendant

Case No: CR-75-020436-B

Judge: RICHARD J MCMONAGLE

INDICT: 2923.02 ATTEMPT
        2903.01 AGGRAVATED MURDER
        2903.01 AGGRAVATED MURDER
        ADDITIONAL COUNTS...

## JOURNAL ENTRY

HEARING HELD 11/21/2014.
STATE OF OHIO MOVES TO DISMISS THIS CASE.
MOTION TO DISMISS IS GRANTED.
CASE IS DISMISSED.
(CASE IS DISMISSED AS TO ALL COUNTS)
DEFENDANT ORDERED RELEASED.

11/21/2014
CPEDB 11/21/2014 09:03:45

_____ Judge Signature _____ Date _____

ODRC
GCI-# 144061

FILED 2014 NOV 21 A 9:11
CLERK OF COURTS
CUYAHOGA COUNTY

DS
HEAR
11/21/2014 Sheriff Signature _____

EXHIBIT 33

JACKSON 005185

Page 1 of 1



86860081

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

STATE OF OHIO
    Plaintiff

Case No: CR-75-020436-A

Judge: DAVID T MATIA

WILEY E BRIDGEMAN
    Defendant

INDICT: 2923.02  ATTEMPT
          2903.01  AGGRAVATED MURDER
          2903.01  AGGRAVATED MURDER
          ADDITIONAL COUNTS...

## JOURNAL ENTRY

DEFENDANT IN COURT.  COUNSEL TERRY H. GILBERT PRESENT.
PROSECUTOR(S) MARY MCGRATH AND SALEL SWADALLEH PRESENT.
COURT REPORTER MARY JEAN COOLEY PRESENT.
STATE OF OHIO DISMISSES THIS CASE.
CASE IS DISMISSED.
DEFENDANT ORDERED RELEASED.

11/21/2014
CPDEJ 11/21/2014 15:35:43

_____
    Judge Signature          11/24/2014

HEAR
11/21/2014

JACKSON 006675



87064909

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

STATE OF OHIO
    Plaintiff

RONNIE BRIDGEMAN
    Defendant

Case No: CR-75-020578-ZA

Judge: PAMELA A BARKER

INDICT: 2923.02  ATTEMPT
        2903.01  AGGRAVATED MURDER
        2903.01  AGGRAVATED MURDER
        ADDITIONAL COUNTS...

## JOURNAL ENTRY

DEFENDANT IN COURT WITH RETAINED COUNSEL TERRY H GILBERT.
PROSECUTOR(S) MARY MCGRATH PRESENT.
COURT REPORTER KATHLEEN KILBANE PRESENT.
HEARING HELD ON DEFENDANT'S PETITION FOR POST-CONVICTION RELIEF, MOTION FOR LEAVE TO FILE A
DELAYED MOTION FOR NEW TRIAL, AND MOTION FOR NEW TRIAL, TO WHICH THE STATE OF OHIO ON THE
RECORD AND IN ITS MOTION TO DISMISS  FILED ON 11/25/2014, NOTIFIED THE COURT THAT IT HAD NO
OBJECTION.  THE STATE OF OHIO WITHDREW ITS OPPOSITION TO DEFENDANT'S MOTION TO CONSOLIDATE AND
THE SAME IS MOOT.  DEFENDANT'S PETITION AND REMAINING MOTIONS ARE GRANTED.  THE STATE'S MOTION
TO DISMISS IS ALSO GRANTED AND THE ORIGINAL ENTRY OF CONVICTION IS VACATED.  ALSO, THE CUYAHOGA
COUNTY PROSECUTOR HAS NO EVIDENCE TYING THE DEFENDANT TO THE CRIMES, AND CONSIDERS THE
DEFENDANT INNOCENT AND JOINED IN THE DEFENDANT'S MOTION TO DECLARE HIM SO.  THE DEFENDANT IS
DECLARED INNOCENT.


12/09/2014
CPPAB 12/09/2014 16:19:56


_____
Judge Signature           12/09/2014

HEAR
12/09/2014

RECEIVED FOR FILING
12/09/2014 16:25:38
ANDREA F. ROCCO, CLERK

JACKSON 006683 Page 1 of 1