

87071488

# IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

STATE OF OHIO
    Plaintiff

RICKY JACKSON
    Defendant

Case No: CR-75-020436-B

Judge: RICHARD J MCMONAGLE

INDICT: 2923.02  ATTEMPT
        2903.01  AGGRAVATED MURDER
        2903.01  AGGRAVATED MURDER
        ADDITIONAL COUNTS...

## JOURNAL ENTRY

UPON REVIEW OF THE NOTICE FILED BY CUYAHOGA COUNTY PROSECUTOR TIMOTHY J. MCGINTY AND PURSUANT TO R.C. 2743.48(A)(5), THIS COURT DETERMINES THAT THE UNDERLYING CHARGED OFFENSE, INCLUDING ALL LESSER-INCLUDED OFFENSES, WAS NOT COMMITTED BY THE DEFENDANT, RICKY JACKSON.

12/09/2014
CPMCR 12/10/2014 10:17:23

_____    _____  12/19/14
Judge Signature                Date

EXHIBIT 34

MISC
12/09/2014  Sheriff Signature _____

**JACKSON 005186** Page 1 of 1