# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Ricky Jackson,** | ) | Case No. 1:15-CV-989 |
| | ) | |
| **Plaintiff,** | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | |
| **City of Cleveland,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **Kwame Ajamu,** *et al.,* | ) | Case No. 1:15-CV-1320 |
| | ) | |
| **Plaintiffs,** | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | |
| **City of Cleveland,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANT CITY OF CLEVELAND'S MOTION
### TO RESCHEDULE APRIL 8, 2020, SETTLEMENT CONFERENCE

Counsel for Defendant City of Cleveland, respectfully requests a continuance of the Settlement Conference scheduled for April 8, 2020, at 2:00 p.m. The undersigned counsel will be out of town beginning April 6, 2020, through April 8, 2020. The undersigned counsel has discussed this with all other counsel (i.e. counsel for Plaintiffs Ricky Jackson, Kwame Ajamu, Wiley Bridgeman, and the Co-Defendant Police Officers) and they have no objection to a continuance. Moreover, the undersigned confirmed that all other counsel are available for a settlement conference either April 27, 2020, or April 28, 2020, if the Court is available to reschedule the settlement conference for either of those dates. For this reason, Defendant City of

Cleveland requests that the Settlement Conference be continued to either April 27, 2020, or April 28, 2020, or a different date convenient to the Court and counsel.

          Respectfully submitted,

          */s/ Kenneth A. Calderone*
          Kenneth A. Calderone (0046860)
          Frank G. Mazgaj (0037910)
          John R. Chlysta (0059313)
          Anne M. Markowski (0069705)
          Hanna Campbell & Powell, LLP
          3737 Embassy Parkway, Suite 100
          Akron, OH  44333
          Telephone:  (330) 670-7324; (330) 670-7330;
                        (330) 670-7305; (330) 670-7601
          Facsimile:   (330) 670-7440; (330) 670-7450;
                        (330) 670-7442; (330) 670-7456
          Email:  kcalderone@hcplaw.net
                  fmazgaj@hcplaw.net
                  jchlysta@hcplaw.net
                  amarkowski@hcplaw.net


          William M. Menzalora (0061136)
          Chief Assistant Director of Law
          City of Cleveland, Department of Law
          601 Lakeside Avenue, Room 106
          Cleveland, OH  44114
          Telephone:  (216) 664-2800
          Email:  wmenzalora@city.cleveland.oh.us
          *Attorneys for Defendant City of Cleveland*

**CERTIFICATE OF SERVICE**

       This document was filed on February 13, 2020 using the court's CM/ECF system, which will send notification of such filing to all parties. Parties may access this document through the Court's electronic filing system. Copies of this filing were mailed to the parties not on the Court's electronic filing system.

                                              /s/ *Kenneth A. Calderone*
                                              Kenneth A. Calderone (0046860)
                                              Frank G. Mazgaj (0037910)
                                              John R. Chlysta (0059313)
                                              Anne M. Markowski (0069705)
                                              *Co-Counsel for Defendant City of Cleveland*

<<HCP #1093892-v1>>