UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

| | | |
|---|---|---|
| CIVIL DOCKET MANAGEMENT ORDER AND GENERAL ORDERS 2020-5 AND 2020-5-1 (CORONAVIRUS) | ) ) ) ) ) ) ) ) | JUDGE CHRISTOPHER A. BOYKO<br><br>ORDER |

**CHRISTOPHER A. BOYKO, J:**

On March 23, 2020, this District issued a General Order, 2020-05-1, establishing new protocols for the management of civil and criminal cases in light of the COVID-19 outbreak.

In light of the General Order and the mandates of the State of Ohio, the Court orders the following:

- All in-person and telephonic case management conferences scheduled prior to May 1, 2020 are cancelled. In lieu of the conferences, counsel shall file Rule 26 Reports of Parties Planning Meeting in accordance with the timelines set by the Court's Local Rule and with specificity as to deadlines and supporting reasons for the proposed dates.

- All in-person and telephonic status conferences scheduled prior to May 1, 2020 are cancelled.   However, the parties shall file joint status reports on the date of the originally scheduled status conference highlighting any special matters for the Court's attention.

- All civil proceedings that have existing deadlines for the completion of discovery, the amendment of pleadings, the completion of mediation, the completion of special master duties, and the filing of dispositive motions shall have their deadlines extended by **sixty (60) days.**

- This order does not stay all civil cases and discovery shall proceed accordingly.

IT IS SO ORDERED.


 /s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
Senior United States District Judge