IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Ricky Jackson**, | ) | Case No. **1:15-CV-989** |
| | ) | |
| **Plaintiff,** | ) | **Judge Christopher A. Boyko** |
| | ) | |
| vs. | ) | |
| | ) | |
| **City of Cleveland**, *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **Kwame Ajamu**, *et al.,* | ) | Case No. **1:15-CV-1320** |
| | ) | |
| **Plaintiffs,** | ) | **Judge Christopher A. Boyko** |
| | ) | |
| vs. | ) | |
| | ) | |
| **City of Cleveland**, *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

### JOINT MOTION TO REFER CASES FOR MEDIATION

The parties in these cases continue to explore the possibility of resolving these cases and believe that mediation may be helpful. Since this Court may soon be presiding over the trial of this matter, and it is imperative for this Court to maintain its impartiality and neutrality, the parties presume this Court will consider assigning this case to a different court officer to serve as mediator.

Counsel in these cases have been involved in prior, similar litigation and have had success with Judge Polster as a mediator. Considering Judge Polster's history of successfully mediating cases assigned to his colleagues, and in an effort to assist this Court, the undersigned counsel contacted Judge Polster's chambers and was informed that he is willing to serve as

mediator on these cases in May of 2020, but only if this Court consents to the referral. Therefore, the parties in this case respectfully request that this Court refer this matter to the Honorable Dan A. Polster to preside over mediation at a mutually agreeable time in the near future.

Respectfully submitted,

| | |
|---|---|
| /s/ Elizabeth Wang email approval 4/15/2020 | /s/ Kenneth A. Calderone |
| Elizabeth Wang | Kenneth A. Calderone (0046860) |
| Loevy & Loevy | Frank G. Mazgaj (0037910) |
| 2060 Broadway, Suite 460 | John R. Chlysta (0059313) |
| Boulder, CO 90302 | Anne M. Markowski (0069705) |
| Telephone: (720) 328-5642 | Hanna Campbell & Powell, LLP |
| Email: elizabethw@loevy.com | 3737 Embassy Parkway, Suite 100 |
| | Akron, OH 44333 |
| Jon Loevy | Telephone: (330) 670-7324; (330) 670-7330; |
| Loevy & Loevy | (330) 670-7305; (330) 670-7601 |
| 311 N. Aberdeen Street, 3rd Floor | Facsimile: (330) 670-7440; (330) 670-7450; |
| Chicago, IL 60607 | (330) 670-7442; (330) 670-7456 |
| Telephone: (312) 243-5900 | Email: kcalderone@hcplaw.net |
| Email: jon@loevy.com | fmazgaj@hcplaw.net |
| *Attorneys for Plaintiff Ricky Jackson* | jchlysta@hcplaw.net |
| | amarkowski@hcplaw.net |
| /s/ Terry H. Gilbert email approval 4/15/2020 | William M. Menzalora (0061136) |
| Terry H. Gilbert (0021948) | Chief Assistant Director of Law |
| Jacqueline C. Greene (0092733) | City of Cleveland, Department of Law |
| Friedman & Gilbert | 601 Lakeside Avenue, Room 106 |
| 50 Public Square, Suite 1900 | Cleveland, OH 44114 |
| Cleveland, OH 44113 | Telephone: (216) 664-2800 |
| Telephone: (216) 241-1430 | Email: wmenzalora@city.cleveland.oh.us |
| Email: tgilbert@f-glaw.com | *Attorneys for Defendant City of Cleveland* |
| jgreene@f-glaw.com | |
| David E. Mills (0075400) | /s/ Stephen W. Funk email approval 4/15/2020 |
| The Mills Law Office, LLC | Stephen W. Funk (0058506) |
| 1300 West Ninth Street, Suite 636 | Roetzel & Andress, LPA |
| Cleveland, OH 44113 | 222 South Main Street, Suite 400 |
| Telephone: (216) 929-4747 | Akron, OH 44308 |
| Email: dm@millsfederalappeals.com | Telephone: (330) 849-6602 |
| *Attorneys for Plaintiffs Kwame Ajamu and Wiley Bridgeman* | Email: sfunk@ralaw.com |
| | *Attorney for Defendants J. Reid Yoder, Administrator of the Estates of Eugene Terpay, James Farmer, and John Staimpel and Karen Lamendola, Administratrix of the Estate of Frank Stoiker* |

2

**CERTIFICATE OF SERVICE**

This document was filed on April 15, 2020, using the court's CM/ECF system, which will send notification of such filing to all parties. Parties may access this document through the Court's electronic filing system.

*/s/ Kenneth A. Calderone*
Kenneth A. Calderone (0046860)
Frank G. Mazgaj (0037910)
John R. Chlysta (0059313)
Anne M. Markowski (0069705)
*Co-Counsel for Defendant City of Cleveland*

<<HCP #1105961